The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Commonwealth of Massachusetts et al. (see attached)

**(b)** County of Residence of First Listed Plaintiff: n/a
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(see attached)

## DEFENDANTS
National Institutes of Health et al. (see attached)

County of Residence of First Listed Defendant: n/a
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530 202-514-2000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Administrative Procedure Act, 5 U.S.C. §702

Brief description of cause:
Challenge to agency action under the APA

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** n/a

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: n/a
DOCKET NUMBER: n/a

DATE: February 10, 2025

SIGNATURE OF ATTORNEY OF RECORD: /s/ Katherine Dirks

**FOR OFFICE USE ONLY**

RECEIPT #　　　AMOUNT　　　APPLYING IFP　　　JUDGE　　　MAG. JUDGE

**I. PLAINTIFFS AND COUNSEL:**

<u>Commonwealth of Massachusetts</u>

   Katherine Dirks
   Office of the Attorney General
   One Ashburton Place, 20th Floor, Boston, MA 02108
   (617) 963-2277

<u>Attorney General Dana Nessel on behalf of the People of the State of Michigan</u>

   Linus Banghart-Linn
   Michigan Department of Attorney General'
   525 W. Ottawa St., Lansing, MI 48933
   (517) 281-6677

<u>State of Illinois</u>

   Alex Hemmer
   Office of the Illinois Attorney General
   115 S. LaSalle St., Chicago, IL 60603
   (312) 814-5526

<u>State of Arizona</u>

   Joshua D. Bendor
   Office of the Arizona Attorney General
   2005 N. Central Ave., Phoenix, AZ 85004
   (602) 542-3333

<u>State of California</u>

   Emilio Varanini
   California Attorney General's Office
   455 Golden Gate Avenue, San Francisco, CA 94102
   (415) 510-3541

<u>State of Colorado</u>

   Shannon Stevenson, CO Reg. No. 35542
   Colorado Department of Law
   1300 Broadway, 10th Floor, Denver, CO 80203
   (720) 508-6749

State of Connecticut

   Michael K. Skold
   Connecticut Office of the Attorney General
   165 Capitol Ave., Hartford, CT 06106
   (860) 808-5020

State of Delaware

   Ian R. Liston
   Delaware Department of Justice
   820 N. French Street, Wilmington, DE 19801
   (302) 683-8899

State of Hawaiʻi

   Kalikoʻonālani D. Fernandes
   Department of the Attorney General
   425 Queen Street, Honolulu, HI 96813
   (808) 586-1360

State of Maine

   Sean D. Magenis
   Office of the Attorney General
   6 State House Station, Augusta, ME 04333-0006
   207-626-8800

State of Maryland

   Adam D. Kirschner
   Office of the Attorney General
   200 Saint Paul Place, 20th Floor, Baltimore, Maryland 21202
   410-576-6424

State of Minnesota

   Liz Kramer
   Office of the Minnesota Attorney General
   445 Minnesota Street, Suite 600, St. Paul, MN 55101-2131
   (651) 757-1010

State of Nevada

   Heidi Parry Stern
   Office of the Nevada Attorney General
   1 State of Nevada Way, Ste. 100, Las Vegas, NV 89119
   (702) 486-5708

State of New Jersey

   Angela Cai
   Office of the Attorney General
   25 Market Street, Trenton, NJ 08625
   (609) 376-3377

State of New York

   Rabia Muqaddam
   Office of the Attorney General
   28 Liberty Street, New York, NY 10005
   (212) 416-8883

State of New Mexico

   Anjana Samant
   New Mexico Department of Justice
   P.O. Drawer 1508, Santa Fe, NM 87504-1508
   (505) 490-4060

State of North Carolina

   Daniel P. Mosteller
   North Carolina Department of Justice
   PO Box 629, Raleigh, NC 27602
   919-716-6026

State of Oregon

   Christina L. Beatty-Walters
   Office of the Attorney General
   100 SW Market Street, Portland, OR 97201
   (971) 673-1880

<u>State of Rhode Island</u>

   Jordan Broadbent
   Rhode Island Office of the Attorney General
   150 South Main Street, Providence, RI 02903
   (401) 274-4400, Ext. 2060

<u>State of Vermont</u>

   Jonathan T. Rose
   Office of the Attorney General
   109 State Street, Montpelier, VT 05609
   (802) 828-3171

<u>State of Washington</u>

   Spencer W. Coates
   Office of the Washington State Attorney General
   800 Fifth Avenue, Suite 2000, Seattle, WA 98104
   (206) 464-7744

<u>State of Wisconsin</u>

   Aaron J. Bibb
   Wisconsin Department of Justice
   17 West Main St., P.O. Box 7857, Madison, WI 53707-7857
   (608) 266-0810

**II. DEFENDANTS:**

National Institutes of Health

Matthew Memoli, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health

U.S. Department of Health and Human Services

Dorothy Fink, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services