UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10338 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of the undersigned as the attorney Plaintiff Commonwealth of Massachusetts.

February 10, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Chris Pappavaselio
Chris Pappavaselio (BBO No. 713519)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2654
chris.pappavaselio2@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*