AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338 |
| National Institutes of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts                                .

Date:   02/10/2025                                  /s/ Katherine B. Dirks
                                                            *Attorney's signature*

                                        Katherine B. Dirks, BBO # 673674
                                            *Printed name and bar number*
                                                    1 Ashburton Pl.
                                                    Boston, MA 02108

                                                        *Address*

                                            katherine.dirks@mass.gov
                                                    *E-mail address*

                                                    (617) 963-2277
                                                    *Telephone number*

                                                        *FAX number*