UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN, STATE OF ILLINOIS, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF COLORADO, STATE OF DELAWARE, STATE OF HAWAI'I, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services, <br><br> Defendants. | Case No. 1:25-cv-10338 |

**PLAINTIFF STATES' *EX PARTE* EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

1

Plaintiffs Massachusetts, Attorney General Dana Nessel on behalf of the People of Michigan, Illinois, Arizona, California, Connecticut, Colorado, Delaware, Hawai'i, Maine, Maryland, Minnesota, New Jersey, New York, Nevada, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin (collectively, "Plaintiff States"), hereby respectfully move, pursuant to Fed. R. Civ. P. 65 and D. Mass. L.R. 7.1, for a temporary restraining order on an emergency basis to enjoin Defendants from implementing a 15% cap on "indirect costs" for all existing and future grants funded by the National Institutes of Health, including those awarded to Plaintiff States' institutes of higher education ("IHEs"). The Rate Change Notice was announced by Defendants on Friday night, February 7, to take effect today—Monday, February 10 (the "Rate Change Notice"),[1] and unquestionably violates federal law in multiple respects.

Indirect costs are the backbone of IHEs' research programs and cover everything from utilities to facilities and equipment maintenance to payroll for faculty and staff to compliance programs, hazardous waste disposal, and more. They quite literally keep the lights on. If the Rate Change Notice were to take effect, Plaintiffs States' IHEs stand to lose hundreds of millions dollars that currently support life-saving medical research and clinical trials, the effects of which will be felt immediately. It is not hyperbole to say that, absent immediate injunctive relief, Plaintiff States' IHEs will face catastrophic financial consequences, which could result in layoffs and furloughs, research program closures, financial defaults, and disruptions to clinical trials, potentially jeopardizing people's lives and health.

---

[1] *See* Notice NOT-OD-25-068, available at https://grants.nih.gov/grants/guide/notice-files/NOT-OD-25-068.html#_ftnref1.

Plaintiffs hereby incorporate by reference the Complaint and the Memorandum of Law in Support of Plaintiffs' Motion, filed contemporaneously herewith. As detailed in the accompanying Memorandum of Law, Plaintiffs are likely to succeed in showing that: (i) Defendants' Rate Change Notice violates the Administrative Procedures Act ("APA") in multiple respects, including that it is arbitrary and capricious, contrary to law, in excess of statutory authority, *ultra vires*, and issued without observing notice-and-comment requirements; (ii) without a temporary restraining order, Plaintiff States will suffer irreparable harm; (iii) the balance of harms weighs strongly in Plaintiff States' favor; and (iv) the requested temporary restraining order will serve the public interest by maintaining the status quo.

WHEREFORE, Plaintiff States respectfully requests that the Court: (i) immediately enter a temporary restraining order prohibiting Defendants and their officers, employees, and agents from taking any steps to implement, apply, or enforce the Rate Change Notice (NOT-OD-25-068) within Plaintiff States; and (ii) order Defendants to file a status report with the Court within 24 hours of entry of a temporary restraining order, and at regular intervals thereafter, confirming the regular disbursement and obligation of federal financial assistance funds and reporting all steps that NIH, HHS and their officers, employees, and agents have taken to comply with the Court's temporary restraining order.

Dated: February 10, 2025                    Respectfully submitted,

                                                      **ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ Katherine Dirks
Katherine Dirks (BBO #673674)
   *Deputy Chief, Government Bureau*
Amanda Hainsworth (BBO # 684417)
   *Senior Legal Advisor to the AG*
Yael Shavit (BBO # 695333)
   *Chief, Consumer Protection Division*
Chris Pappavaselio (BBO # 713519)
   *Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Linus Banghart-Linn
Linus Banghart-Linn*
Chief Legal Counsel
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
*Attorneys for the People of the State of Michigan*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ Alex Hemmer
Alex Hemmer*
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
alex.hemmer@ilag.gov
*Counsel for the State of Illinois*

**KRIS MAYES**
Attorney General of Arizona

<u>s/ *Joshua D. Bendor*</u>
Joshua D. Bendor\*
Solicitor General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
ACL@azag.gov
*Counsel for the State of Arizona*


**ROB BONTA**
Attorney General of California

NELI PALMA\*
Senior Assistant Attorney General

<u>/s/ Emilio Varanini</u>
EMILIO VARANINI\*
Supervising Deputy Attorney General
SOPHIA TONNU\*
DANIEL AMBAR\*
Deputy Attorneys General
California Attorney General's Office
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
Emilio.Varanini@doj.ca.gov
*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

/s/ Shannon Stevenson*
Shannon Stevenson, CO Reg. No. 35542
Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6749
Shannon.Stevenson@coag.gov
*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov
*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Counsel for the State of Delaware*

6

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

/s/ Kalikoʻonālani D. Fernandes
David D. Day*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for the State of Hawaiʻi*


**AARON M. FREY**
Attorney General for Maine

/s/ Sean D. Magenis
SEAN D. MAGENIS
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
sean.d.magenis@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ Adam D. Kirschner
Adam D. Kirschner*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
akirschner@oag.state.md.us
410-576-6424
*Counsel for the State of Maryland*

7

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ Liz Kramer*
Liz Kramer*
Solicitor General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010
liz.kramer@ag.state.mn.us
*Counsel for the State of Minnesota*


**AARON D. FORD**
Attorney General of Nevada

/s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov
*Counsel for the State of Nevada*


**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: /s/ Angela Cai
Angela Cai*
    *Executive Assistant Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
*Counsel for the State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: /s Rabia Muqaddam
Rabia Muqaddam*
*Special Counsel for Federal Initiatives*
Molly Thomas-Jensen*
*Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-8883
Rabia.Muqaddam@ag.ny.gov
Molly.Thomas-Jensen@ag.ny.gov
*Counsel for the State of New York*


**RAÚL TORREZ**
Attorney General of New Mexico

/s/ Anjana Samant
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asamant@nmdoj.gov
*Counsel for the State of New Mexico*


**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD*
Chief Deputy Attorney General
By /s/ Daniel P. Mosteller*
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov
*Counsel for State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s Christina L. Beatty-Walters
Christina L. Beatty-Walters
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov
*Counsel for the State of Oregon*


**PETER F. NERONHA**
Attorney General of Rhode Island

/s/ Jordan Broadbent
Jordan Broadbent*
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
Jbroadbent@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov
*Counsel for the State of Vermont*

10

**NICHOLAS W. BROWN**
Attorney General of Washington

<u>s/ Spencer W. Coates</u>
SPENCER W. COATES*
ELLEN RANGE*
Assistant Attorneys General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
ellen.range@atg.wa.gov
*Counsel for the State of Washington*


**JOSHUA L. KAUL**
Attorney General of Wisconsin

<u>/s/ Aaron J. Bibb</u>
Aaron J. Bibb*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us
*Counsel for the State of Wisconsin*


*\*pro hac vice forthcoming*

11

**LOCAL RULE 7.1 CERTIFICATE**

      I, Katherine Dirks, certify that on February 10, 2025, at approximately 11:20am, I contacted the following individuals at the U.S. Department of Justice by electronic mail to provide notice of this motion:

    Eric J. Hamilton
    Deputy Assistant Attorney General, Federal Programs Branch
    eric.hamilton@usdoj.gov

    Alex Haas
    Co-Director, Federal Programs Branch
    alex.haas@usdoj.gov

    Diane Kelleher
    Co-Director, Federal Programs Branch
    diane.kelleher@usdoj.gov

    John Griffiths
    Co-Director, Federal Programs Branch
    john.griffiths@usdoj.gov

    Rayford Farquhar
    Chief, Defensive Litigation, Civil Division
    U.S. Attorney's Office for the District of Massachusetts
    rayford.farquhar@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth in the accompanying memorandum of law.

                                  /s/ Katherine Dirks
                                  Katherine Dirks (BBO #673674)
                                    *Deputy Chief, Government Bureau*
                                  1 Ashburton Pl.
                                  Boston, MA 02108
                                  617.963.2277
                                  katherine.dirks@mass.gov
                                  *Counsel for the Commonwealth of Massachusetts*