| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>        Plaintiffs,<br><br>                v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>        Defendants. | Case No. 1:25-cv-10338 |

## PLAINTIFF STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1(b)(4), Plaintiff States respectfully request leave to file a 30-page memorandum in support of their motion for a temporary restraining order. Good cause exists for Plaintiffs' request. As reflected in the memorandum itself, this case raises significant challenges—both substantive and procedural—to a National Institutes of Health ("NIH") guidance document that will have an immediate and devastating effect on Plaintiffs and their instrumentalities. Addressing the basis for those challenges and the need for emergency relief requires more than the usual 20 pages. The need for excess pages also stems from the compressed timeline: issued on February 7, the NIH guidance document becomes effective today—the very next business day—and purports to apply not only to new NIH grants but existing ones, too. For all these reasons, the Court should allow Plaintiffs to file a 30-page memorandum in support of their motion for a TRO.

February 10, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Katherine Dirks*
Katherine Dirks (BBO No. 673674)
  *Deputy Chief, Government Bureau*
Amanda Hainsworth (BBO No. 684417)
  *Senior Legal Advisor to the Attorney General*
Yael Shavit (BBO No. 695333)
  *Chief, Consumer Protection Division*
Chris Pappavaselio (BBO No. 713519)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*

February 10, 2025

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ Katherine Dirks
Katherine Dirks (BBO # 673674)
  *Deputy Chief, Government Bureau*
Amanda Hainsworth (BBO # 684417)
  *Senior Legal Advisor to the AG*
Yael Shavit (BBO # 695333)
  *Chief, Consumer Protection Division*
Chris Pappavaselio (BBO # 713519)
  *Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Linus Banghart-Linn
Linus Banghart-Linn*
Chief Legal Counsel
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
*Attorneys for the People of the State of Michigan*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ Alex Hemmer
Alex Hemmer*
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
alex.hemmer@ilag.gov
*Counsel for the State of Illinois*

**KRIS MAYES**
Attorney General of Arizona

*s/ Joshua D. Bendor*
Joshua D. Bendor*
Solicitor General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
ACL@azag.gov
*Counsel for the State of Arizona*


**ROB BONTA**
Attorney General of California

NELI PALMA*
Senior Assistant Attorney General

/s/ Emilio Varanini
EMILIO VARANINI*
Supervising Deputy Attorney General
SOPHIA TONNU*
DANIEL AMBAR*
Deputy Attorneys General
California Attorney General's Office
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
Emilio.Varanini@doj.ca.gov
*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

/s/ Shannon Stevenson*
Shannon Stevenson, CO Reg. No. 35542
Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6749
Shannon.Stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov
*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

*/s/Kalikoʻonālani D. Fernandes*
David D. Day*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for the State of Hawaiʻi*


**AARON M. FREY**
Attorney General for Maine

/s/ Sean D. Magenis
SEAN D. MAGENIS
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
sean.d.magenis@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ Adam D. Kirschner
Adam D. Kirschner*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
akirschner@oag.state.md.us
410-576-6424
*Counsel for the State of Maryland*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ Liz Kramer*
Solicitor General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010
liz.kramer@ag.state.mn.us
*Counsel for the State of Minnesota*


**AARON D. FORD**
Attorney General of Nevada

/s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov
*Counsel for the State of Nevada*


**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: /s/ Angela Cai
Angela Cai*
  *Executive Assistant Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
*Counsel for the State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: /s Rabia Muqaddam
Rabia Muqaddam*
*Special Counsel for Federal Initiatives*
Molly Thomas-Jensen*
*Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-8883
Rabia.Muqaddam@ag.ny.gov
Molly.Thomas-Jensen@ag.ny.gov
*Counsel for the State of New York*


**RAÚL TORREZ**
Attorney General of New Mexico

/s/ Anjana Samant
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asamant@nmdoj.gov
*Counsel for the State of New Mexico*


**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD*
Chief Deputy Attorney General
By /s/ Daniel P. Mosteller*
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov
*Counsel for State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s Christina L. Beatty-Walters
Christina L. Beatty-Walters
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov
*Counsel for the State of Oregon*


**PETER F. NERONHA**
Attorney General of Rhode Island

/s/ Jordan Broadbent
Jordan Broadbent*
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
Jbroadbent@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov
*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

*s/ Spencer W. Coates*
SPENCER W. COATES*
ELLEN RANGE*
Assistant Attorneys General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
ellen.range@atg.wa.gov
*Counsel for the State of Washington*


**JOSHUA L. KAUL**
Attorney General of Wisconsin

/s/ Aaron J. Bibb
Aaron J. Bibb*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us
*Counsel for the State of Wisconsin*


*\*pro hac vice forthcoming*

## LOCAL RULE 7.1 CERTIFICATE

I, Katherine Dirks, certify that on February 10, 2025, I provided a copy of the foregoing to the following individuals at the U.S. Department of Justice by electronic mail to provide notice of this motion:

Eric J. Hamilton
Deputy Assistant Attorney General, Federal Programs Branch
eric.hamilton@usdoj.gov

Alex Haas
Co-Director, Federal Programs Branch
alex.haas@usdoj.gov

Diane Kelleher
Co-Director, Federal Programs Branch
diane.kelleher@usdoj.gov

John Griffiths
Co-Director, Federal Programs Branch
john.griffiths@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth in the memorandum of law in support of Plaintiffs' motion for a temporary restraining order.

                                          /s/ *Katherine Dirks*
February 10, 2025                         Katherine Dirks (BBO No. 673674)
                                            *Deputy Chief, Government Bureau*
                                          Office of the Attorney General
                                          One Ashburton Place, 20th Floor
                                          Boston, MA 02108
                                          (617) 963-2277
                                          katherine.dirks@mass.gov
                                          *Counsel for the Commonwealth of*
                                            *Massachusetts*