# EXHIBIT 3





# A BUDGET FOR A Better America

## PROMISES KEPT. TAXPAYERS FIRST.

# Major Savings and Reforms

**FISCAL YEAR 2020
BUDGET OF THE U.S. GOVERNMENT**

# A BUDGET FOR A
# Better America

**PROMISES KEPT. TAXPAYERS FIRST.**

# Major Savings and Reforms

**FISCAL YEAR 2020**
**BUDGET OF THE U.S. GOVERNMENT**

## REDUCTION: NATIONAL INSTITUTES OF HEALTH TOPLINE
*Department of Health and Human Services*

The Budget proposes to reduce funding for the National Institutes of Health (NIH) to better target funding to support the highest priority and most critical biomedical research.

### Funding Summary
(In millions of dollars)

|  | 2019 Enacted | 2020 Request | 2020 Change from 2019 |
|---|---:|---:|---:|
| Budget Authority | 38,015 | 33,477 | -4,538 |

### Justification

Since 2016, NIH has received more than $108 billion in total funding, including approximately $2 billion in increases in each year for the past three years. In 2020, NIH would receive nearly $34 billion more to improve public health by investing in the highest priority and most critical biomedical research and advancing our knowledge of diseases and cure.

At the proposed level, NIH would continue to support research in the highest priority areas and manage resources more strategically. The Administration believes NIH can improve efficiencies to maximize the return of its investments.

For example, the Budget would support continued implementation of the largest change management effort in NIH's history, to harmonize operational functions that advance scientific innovation. These reforms would ensure all Institutes and Centers operate efficiently and effectively by aligning management with best practices and break down administrative silos through standardization of structures and processes agency-wide.

In addition, NIH would take other steps to increase the impact of its resources. For example, the Budget proposes to decrease the cost of research by capping the percentage of investigator salary that can be paid with grant funds, and by reducing the limit for salaries paid with grant funds from $189,600 to $154,300. Currently, there are NIH grant recipients whose salaries are entirely paid for by the Federal Government, despite being employed by major universities. This policy provides for appropriate compensation for researchers while enabling NIH to redirect savings to support additional research. This and other steps NIH would take would enable available funding to be better targeted toward supporting the highest priority research on diseases that affect human health while making research institutes less reliant on Federal dollars.

For the past two years, NIH has been prohibited by law from reducing grantee administrative costs and shifting these resources to support direct research on high impact areas, such as cancer, Alzheimer's disease, and heart disease. The Congress imposed this prohibition, which limits NIH's ability to maximize its support of direct biomedical research. The Budget proposes to eliminate the current prohibition, which would give NIH the flexibility to support more direct research while encouraging research institutions to improve the efficiency of operations.

In 2020, NIH would continue to support the highest priority biomedical research and accomplish its mission to improve health.