# EXHIBIT 4

Notice of Legislative Mandates in Effect for FY 2024
Notice Number:
NOT-OD-24-110

# Key Dates

Release Date:

April 30, 2024

# Related Announcements

- **April 30, 2024** - Notice of Fiscal Policies in Effect for FY 2024. See Notice [NOT-OD-24-109](NOT-OD-24-109).
- **January 29, 2024** - Guidance on Salary Limitation for Grants and Cooperative Agreements FY 2024. See Notice [NOT-OD-24-057](NOT-OD-24-057).
- **March 8, 2024** - NIH Operates Under a Continuing Resolution. See Notice [NOT-OD-24-073](NOT-OD-24-073).
- **February 5, 2024** - NIH Operates Under a Continuing Resolution. See Notice [NOT-OD-24-059](NOT-OD-24-059).
- **December 14, 2023** - NIH Operates Under a Continuing Resolution. See Notice [NOT-OD-24-039](NOT-OD-24-039).
- **October 4, 2023** - NIH Operates Under a Continuing Resolution. See Notice [NOT-OD-24-007](NOT-OD-24-007).

# Issued by

NATIONAL INSTITUTES OF HEALTH ([NIH](NIH))

# Purpose

The Further Consolidated Appropriations Act, 2024 ([Public Law No: 118-47](Public Law No: 118-47)), signed into law on March 23, 2024, provides funding to NIH for the Fiscal Year ending September 30, 2024. The intent of this notice is to provide current requirements outlined in the following statutory provision that limits or conditions the use of funds on NIH grant, cooperative agreement, and contract awards for FY 2024.

**FY 2024 Legislative Mandates in effect are as follows:**

*Division D, Title II - Department of Health and Human Services*

- Salary Limitation (Section 202)
- Gun Control (Section 210)
- Indirect Costs (Section 224)

*Division D, Title V - General Provisions, Departments of Labor, Health and Human Services, and Education*

- Anti-Lobbying (Section 503)
- Acknowledgment of Federal Funding (Section 505)
- Restriction on Abortions (Section 506)
- Exceptions to Restriction on Abortions (Section 507)
- Ban on Funding Human Embryo Research (Section 508)
- Limitation on Use of Funds for Promotion of Legalization of Controlled Substances (Section 509)
- Restriction on Disclosure of Political Affiliation for Federal Scientific Advisory Committee Candidates (Section 515(a))
- Restriction on Dissemination of False or Misleading Information (Section (515(b))
- Restriction of Pornography on Computer Networks (Section 520)

- Restriction on Distribution of Sterile Needles (Section 526)

**Details:**

*Division H, Title II – Department of Health and Human Services*

1. Salary Limitation (Section 202)

   "None of the funds appropriated in this title shall be used to pay the salary of an individual, through a grant or other extramural mechanism, at a rate in excess of Executive Level II: Provided, that none of the funds appropriated in this title shall be used to prevent the NIH from paying up to 100 percent of the salary of an individual at this rate."Further information on the NIH Salary Limitation can be found in NIH Guide Notice [NOT-OD-24-057](#).

2. Gun Control (Section 210)

   "None of the funds made available in this title may be used, in whole or in part, to advocate or promote gun control."

3. Indirect Cost (Section 224)

   "In making Federal financial assistance, the provisions relating to indirect costs in part 75 of title 45, Code of Federal Regulations, including with respect to the approval of deviations from negotiated rates, shall continue to apply to the National Institutes of Health to the same extent and in the same manner as such provisions were applied in the third quarter of fiscal year 2017. None of the funds appropriated in this or prior Acts or otherwise made available to the Department of Health and Human Services or to any department or agency may be used to develop or implement a modified approach to such provisions, or to intentionally or substantially expand the fiscal effect of the approval of such deviations from negotiated rates beyond the proportional effect of such approvals in such quarter."

*Division H, Title V - General Provisions, Departments of Labor, Health and Human Services, and Education*

4. Anti-Lobbying (Section 503)

(a) No part of any appropriation contained in this Act or transferred pursuant to section 4002 of Public Law 111–148 shall be used, other than for normal and recognized executive-legislative relationships, for publicity or propaganda purposes, for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television, or video presentation designed to support or defeat the enactment of legislation before the Congress or any State or local legislature or legislative body, except in presentation to the Congress or any State or local legislature itself, or designed to support or defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any State or local government, except in presentation to the executive branch of any State or local government itself.

(b) No part of any appropriation contained in this Act or transferred pursuant to section 4002 of Public Law 111–148 shall be used to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

(c) The prohibitions in subsections (a) and (b) shall include any activity to advocate or promote any proposed, pending or future Federal, State or local tax increase, or any proposed, pending, or future

requirement or restriction on any legal consumer product, including its sale or marketing, including but not limited to the advocacy or promotion of gun control.

5. Acknowledgment of Federal Funding (Section 505)

 "When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, all grantees receiving Federal funds included in this Act, including but not limited to State and local governments and recipients of Federal research grants, shall clearly state-

 (1) the percentage of the total costs of the program or project which will be financed with Federal money;
 (2) the dollar amount of Federal funds for the project or program; and
 (3) percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources."

6. <u>Restriction on Abortions (Section 506)</u>

 "(a) None of the funds appropriated in this Act, and none of the funds in any trust fund to which funds are appropriated in this Act, shall be expended for any abortion.

 (b) None of the funds appropriated in this Act, and none of the funds in any trust fund to which funds are appropriated in this Act, shall be expended for health benefits coverage that includes coverage of abortion.

 (c) The term "health benefits coverage" means the package of services covered by a managed care provider or organization pursuant to a contract or other arrangement."

7. <u>Exceptions to Restriction on Abortions (Section 507)</u>

 "(a) The limitations established in the preceding section shall not apply to an abortion—

 (1) if the pregnancy is the result of an act of rape or incest; or

 (2) in the case where a woman suffers from a physical disorder, physical injury, or physical illness, including a life-endangering physical condition caused by or arising from the pregnancy itself, that would, as certified by a physician, place the woman in danger of death unless an abortion is performed.

 (b) Nothing in the preceding section shall be construed as prohibiting the expenditure by a State, locality, entity, or private person of State, local, or private funds (other than a State's or locality's contribution of Medicaid matching funds).

 (c) Nothing in the preceding section shall be construed as restricting the ability of any managed care provider from offering abortion coverage or the ability of a State or locality to contract separately with such a provider for such coverage with State funds (other than a State's or locality's contribution of Medicaid matching funds).

 (d) (1) None of the funds made available in this Act may be made available to a Federal agency or program, or to a State or local government, if such agency, program, or government subjects any institutional or individual health care entity to discrimination on the basis that the health care entity does not provide, pay for, provide coverage of, or refer for abortions.

  (2) In this subsection, the term "health care entity" includes an individual physician or other health care professional, a hospital, a provider-sponsored organization, a health maintenance organization, a health insurance plan, or any other kind of health care facility, organization, or plan."

8. <u>Ban on Funding Human Embryo Research (Section 508)</u>

"(a) None of the funds made available in this Act may be used for—

(1) the creation of a human embryo or embryos for research purposes; or

(2) research in which a human embryo or embryos are destroyed, discarded, or knowingly subjected to risk of injury or death greater than that allowed for research on fetuses in utero under 45 CFR 46.204(b) and section 498(b) of the Public Health Service Act (42 U.S.C. 289g(b)).

(b) For purposes of this section, the term "human embryo or embryos" includes any organism, not protected as a human subject under 45 CFR 46 as of the date of the enactment of this Act, that is derived by fertilization, parthenogenesis, cloning, or any other means from one or more human gametes or human diploid cells."

9. <u>Limitation on Use of Funds for Promotion of Legalization of Controlled Substances (Section 509)</u>

"(a) None of the funds made available in this Act may be used for any activity that promotes the legalization of any drug or other substance included in schedule I of the schedules of controlled substances established under section 202 of the Controlled Substances Act except for normal and recognized executive-congressional communications.

(b) The limitation in subsection (a) shall not apply when there is significant medical evidence of a therapeutic advantage to the use of such drug or other substance or that federally sponsored clinical trials are being conducted to determine therapeutic advantage."

10. Restriction on Disclosure of Political Affiliation for Federal Scientific Advisory Committee Candidates (Section 515(a))

"(a) None of the funds made available in this Act may be used to request that a candidate for appointment to a Federal scientific advisory committee disclose the political affiliation or voting history of the candidate or the position that the candidate holds with respect to political issues not directly related to and necessary for the work of the committee involved."

11. Restriction on Dissemination of False or Misleading Information (Section 515(b))

"(b) None of the funds made available in this Act may be used to disseminate information that is deliberately false or misleading."

12. Restriction of Pornography on Computer Networks (Section 520)

"(a) None of the funds made available in this Act may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography.

(b) Nothing in subsection (a) shall limit the use of funds necessary for any Federal, State, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities."

13. Restriction on Distribution of Sterile Needles (Section 526)

"Notwithstanding any other provision of this Act, no funds appropriated in this Act shall be used to purchase sterile needles or syringes for the hypodermic injection of any illegal drug: Provided, That such limitation does not apply to the use of funds for elements of a program other than making such purchases

if the relevant State or local health department, in consultation with the Centers for Disease Control and Prevention, determines that the State or local jurisdiction, as applicable, is experiencing, or is at risk for, a significant increase in hepatitis infections or an HIV outbreak due to injection drug use, and such program is operating in accordance with State and local law."

## Inquiries

Please direct all inquiries to:

NIH Office of Policy for Extramural Research Administration (OPERA)
Division of Grants Policy
GrantsPolicy@OD.NIH.gov

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices