# EXHIBIT 5

2/10/25, 7:03 AM (1) NIH on X: "Last year, $9B of the $35B that the National Institutes of Health (NIH) granted for research was used for administrativ…

Case 1:25-cv-10338-AK    Document 6-5    Filed 02/10/25    Page 2 of 4

Post    Reply

**NIH** ✓
@NIH

Last year, $9B of the $35B that the National Institutes of Health (NIH) granted for research was used for administrative overhead, what is known as "indirect costs." Today, NIH lowered the maximum indirect cost rate research institutions can charge the government to 15%, above what many major foundations allow and much lower than the 60%+ that some institutions charge the government today. This change will save more than $4B a year effective immediately.

6:19 PM · Feb 7, 2025 · **25.9M** Views

💬 2.1K     🔁 7.1K     ♡ 26K     🔖 2.9K     ⬆

Post your reply                                    Reply

**JTL** ✓ @phuturize · Feb 7
Explain it to me like i'm 5 yo.

💬 33     🔁 1     ♡ 21     📊 159K

**AnswerOn** ✓ @AnswerOn · Ad
AnswerOn reduces turnover costs in call centers by 15-30% on average, saving 10-25% in training costs with a program margin upwards of 10-20% per year. #agentattrition #callcenter

0:01 / 0:43
From answeron.com

💬 7     🔁 4     ♡ 43     📊 940K

**8trius** ✓ @8trius · Feb 8
Can someone please help me understand this truthfully and accurately.

My woman is a medical lab scientist working in a stat lab. She said she'd

**Search**

**Relevant people**

**NIH** ✓                    Follow
@NIH
Official account of the National Institutes of Health. NIH...Turning Discovery Into Health®.   Privacy Policy: go.usa.gov/x9svN Engagement ≠ endorsement

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

Khloé in Wonder Land
LIVE

#SinnersMovie
Sinners - only in theaters April 18
Promoted by SinnersMovie

Trending
Kelce
192K posts

Trending
Patrick Mahomes
270K posts

Trending in United States
Anne Hathaway
28.7K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2025 X Corp.



2/10/25, 7:03 AM

Case 1:25-cv-10338-AK    Document 6-5    Filed 02/10/25    Page 3 of 4

(1) NIH on X: "Last year, $9B of the $35B that the National Institutes of Health (NIH) granted for research was used for administrativ…

much prefer to work in research but the pay is so terrible.

Are the salaries of the scientists included in this 15%, or does that come

Show more

💬 47    🔁 5    ♡ 39    📊 48K    🔖    ⬆️

**Jason Corso** ✓ @_JasonCorso_ · Feb 7

Are you joking?  Heaps of necessary costs to conduct research are not allowed in the direct costs; this money is not arbitrary administrative costs. It's a necessary component of the research enterprise.

💬 31    🔁 21    ♡ 514    📊 58K    🔖    ⬆️

**Brian Goldberg** @BrianGoldberg · Feb 7

some people at "NIH" (i.e., DOGE invaders) need some work on their BASIC MATH: 15% of $35B is $5.25B…if it was $9B last year and could be $5.25B this year, let's see here, 9-5.25…NOT "more than $4B a year"

💬 29    🔁 2    ♡ 29    📊 27K    🔖    ⬆️



Case 1:25-cv-10338-AK    Document 6-5    Filed 02/10/25    Page 4 of 4

(1) NIH in 25: Last year, $9B of the $35B that the National Institutes of Health (NIH) granted for research was used for administrativ…