# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, ET AL., <br><br> Defendants. | Case No. _____ |

### DECLARATION OF MICHAEL C. CRAIR

Pursuant to 28 U.S.C. § 1746, I, Michael C. Crair, declare as follows:

1. I am the Vice Provost for Research at Yale University ("Yale"), a position I have held since 2020. I am also William Ziegler III Professor of Neuroscience and Professor of Ophthalmology and Visual Science at Yale. I have been authorized and designated by Yale to make this declaration on Yale's behalf in support of Plaintiffs' Complaint and Motion for a Temporary Restraining Order

2. As Vice Provost for Research at Yale, I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Yale personnel, and could testify thereto.

3. Yale is an educational institution organized and existing under and by virtue of a charter granted by the General Assembly of the Colony and State of Connecticut, and its campus is based in New Haven, Connecticut.

4. As of June 30, 2024, Yale had 2,264 NIH awards. Based on Fiscal Year 2024 income, Yale estimates that cutting the NIH Facilities & Administration ("F&A") rate to 15

percent would result in an annual loss of approximately $165 million in F&A cost reimbursements on Yale NIH awards.

5. Cutting the NIH F&A rate to 15 percent would directly impact ongoing collaborations between Yale and state institutions, including public universities. Yale and the University of Connecticut have collaborated on several significant research programs, mutually benefiting each institution and the broader state of Connecticut. There are more than 40 grant-funded research collaborations between Yale and the University of Connecticut, ranging in topic areas from investigation into the causes and treatments of autism to quantum materials to vascular contributions to dementia, totaling at least $24 million in collaborative research funding. Yale and the University of Connecticut are also collaborating with the City of New Haven and several regional academic institutions and real estate developers on the development of an Innovation Cluster in downtown New Haven. This project leverages state and local government funds, as well as contributions from academic partners and real estate developers, to build out an innovation ecosystem in Biotechnology, AI and Quantum Technologies, areas of exceptional research strength at Yale and the University of Connecticut that are ripe for building commercial spinoffs that benefit the New Haven and broader state regional economies. Yale's investments in these collaborations are enabled by federal research agencies continuing to cover the federal government's negotiated share of F&A costs.

6. A reduction in the F&A rate to 15 percent would imperil the viability of clinical trials to establish the safety and efficacy of new treatments. Yale currently has approximately 500 clinical trials underway, including 280 on therapies related to cancer, 80 involving mental health and behavioral care, and 50 related to heart disease. Yale clinical trials involve more than 38,000 total patients, with nearly 5,200 currently enrolled in therapeutic trials. Clinical trials

require considerable administrative support in patient recruitment as well as oversight of the safety of research volunteers. Yale is fortunate to have an NIH Clinical Translational Science Award, which provides training and mentorship to assist investigators in developing expertise in clinical research. The university supplements the NIH funding, and if the 15-percent cap were imposed, it would require Yale to reconsider allocation of institutional resources that could diminish the range of clinical trials at Yale.

7. A cut in NIH's F&A rate to 15 percent would have dramatic impacts on the economies of New Haven and Connecticut. Yale is New Haven's largest employer with nearly 20,000 faculty and staff. About 6,000 of them live in New Haven. As a result, any reduction in headcount at Yale would severely damage the local economy. Furthermore, without indirect cost recovery, much direct funded research could be at risk due to the potential loss of necessary infrastructure. This would have broader economic impacts on the local economy, including the many vendors in the New Haven region and across Connecticut who provide goods and services in support of Yale's research enterprise. Such a cut would also impact entrepreneurial activity generated through Yale innovations. In Fiscal Year 2024 alone, Yale investigators launched 14 new companies based on Yale inventions, including multiple bioscience companies. This is on top of numerous licenses of Yale inventions to existing companies, some of which are based in Connecticut.

8. An NIH indirect cap would be particularly detrimental to the viability and growth of the bioscience industry in the Greater New Haven region. There are about 65 Yale spin-out biotech companies in the New Haven area. These companies have prompted the construction of 1.7 million square feet of laboratory and office space, which has transformed downtown New Haven and its economy. In the future, there would be far fewer bioscience companies in New

Haven, which are a key step in bringing discoveries from the lab to patients, if a 15-percent NIH F&A cap were imposed.

9. The impact would extend to the broader economy of Connecticut. By one estimate, in 2023, NIH awards in Connecticut supported over 6,600 jobs, with each $1 million spent on NIH awards in Connecticut generating an estimated 7.6 jobs. https://www.unitedformedicalresearch.org/wp-content/uploads/2024/03/UMR-NIHs-Role-in-Sustaining-the-US-Economy-2024-Update.pdf. The total economic impact of NIH awards in Connecticut in 2023 was estimated at nearly $1.68 billion. *Id.* By these measures, cutting the NIH F&A rate to 15 percent could lead to the loss of hundreds of Connecticut jobs and hundreds of millions of dollars in economic losses to the state's economy.

10. Beyond the State of Connecticut, these caps would have significant broader impacts on the search for cures, preparedness for health emergencies, and the United States' role as the leader in biomedical research and innovation in health care. It is estimated that universities perform 45% of all the fundamental research conducted in the United States. The National Science Foundation has reported that two-thirds of the research papers cited in U.S. patent applications were written by faculty. Hindering the productivity of faculty would impair another channel for knowledge transfer that supports innovation in industry.

11. This will translate into tangible delays in innumerable research programs that have the potential to dramatically improve health. Inventions discovered by Yale faculty have led to 36 drugs in preclinical and clinical testing, and eight FDA-approved drugs that are available to patients. Yale research has also resulted in seven medical devices in testing and 12 marketed devices.

12. Yale research has contributed to helping to alleviate some of America's most pressing health challenges. For example, Yale is at the forefront of diabetes research. The first closed loop implantable pumps were developed at Yale. Yale researchers led the recent development of immune therapy (teplizumab) to delay dramatically the onset of Type 1 diabetes in children at risk for the disease. Yale researchers in immunobiology discovered the innate immune system and have helped to define how the immune system contributes to disease. This has wide applications, including contributing to the discovery of the basic mechanisms underlying long COVID. Yale's work in basic and clinical neuroscience led to the development of ketamine to treat refractory depression, the development of the first therapy to slow the progression of Alzheimer's disease, and a genetically-directed therapy for Parkinsonism. Advances like these would be impeded if NIH no longer accepts the negotiated F&A rates, to the detriment of Connecticut and the United States as a whole.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ninth day of February, 2025, in New Haven, Connecticut.

_MC – 02/09/2025_
Michael C. Crair