# EXHIBIT 26

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, et al., <br><br> Defendants. | Case No. _____ |

1

## DECLARATION OF JENNIFER REXFORD

I, Jennifer Rexford, declare as follows:

1.      I am the Provost and the Gordon Y.S. Wu Professor in Engineering and Professor of Computer Science at Princeton University ("Princeton" or the "University") in Princeton, New Jersey.  I joined Princeton's Department of Computer Science as a full professor in 2005, became acting chair of computer science in 2013, and was named chair in 2015.  I assumed the role of Provost in 2023.

2.      I make this declaration in support of Plaintiffs' Complaint and Motion for a Temporary Restraining Order.

3.      As Provost, I serve as Princeton's chief academic officer and chief budget officer. I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Princeton University personnel, and could testify thereto.

4.      Princeton is a non-profit educational institution, dedicated to research, teaching, and service.  The University's longstanding commitment to service is reflected in its informal motto — Princeton in the nation's service and the service of humanity — and exemplified by the extraordinary contributions that our faculty, staff, and students make to society, including through their groundbreaking research.  That research is supported by substantial funding from the federal government, including the National Institutes of Health ("NIH").

5.      In fiscal year 2024, for example, Princeton's main campus received $252 million of government grant and contract funding, of which $71 million came from NIH.  By the end of the fiscal year—which ended on June 30, 2024—Princeton had approximately 254 active NIH-funded awards across the University, many of which were multi-year awards.

6.     The funding that Princeton receives from NIH supports research and drives innovation in many critical fields, including:

  a.  Cancer research

  b.  Brain and mental health

  c.  Heart health

  d.  Child wellbeing

  e.  Antibiotics and antivirals

  f.  Autism research

  g.  Machine learning

  h.  Genetic engineering (CRISPR)

7.     Several of Princeton's many current and pending NIH-funded research initiatives involve collaborations with New Jersey colleges, universities, or research institutes, including Rutgers University, Rutgers Cancer Institute of New Jersey, and Rowan University.  Prominent examples include:

  a.  The Consortium Cancer Center, through which Rutgers Cancer Institute and Princeton University partner to make "impactful scientific discoveries and clinical progress" in the areas of cancer metabolism, genomics, and metastasis. *See* https://cinj.org/about-cinj/consortium-cancer-center.

  b.  The New Jersey Alliance for Clinical and Translational Science (NJ ACTS), through which Rutgers, Princeton, NJ Institute for Technology (NJIT), and others collaborate to advance "clinical and translational science to develop new therapies and treatments and improve health and health care in New Jersey." *See* https://njacts.rbhs.rutgers.edu/about/.

2

    c. A collaboration between Princeton and Rutgers "to enhance the understanding of mental health disorders through the lens of computational psychiatry." *See* https://pni.princeton.edu/news/2024/princeton-rutgers-collaboration-awarded-16m-research-grant-advance-understanding-mental.

    d. A research collaboration between Princeton University and Rutgers New Jersey Medical School to explore using CRISPR-based technology to detect disease.

8.    These collaborations promise to deliver on crucial breakthroughs in science intended to benefit the public. At Princeton, the cost of carrying out these projects exceeds the federal dollars committed to them, even including indirect cost recovery. But the recovery of indirect costs at negotiated rates allows Princeton to defray some of the cost associated with such things as:

    a. Capital equipment replacement of scientific equipment needed for cutting edge research.

    b. Investment in secure data infrastructure to support research, including genomics and other health research.

    c. Support for staffing for research data management to make data from research more accessible to the public.

    d. Construction and outfitting of specialized facilities for biomedical research, including specialized biological labs that conduct cancer research.

    The NIH's proposal to cut indirect cost rates to 15% would have a substantial negative impact on the University's ability to deliver on these important collaborations. The drastic reduction in indirect cost recovery proposed by NIH may hinder the development of certain

research projects, or impede the progress of a broad swath of research efforts.  Naturally, there

would be effects on employment if staffing, including research-related staffing, was impacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025 at Princeton, New Jersey.

_____

Jennifer Rexford, Provost