# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>　　　　Defendants. | Case No. _____ |

### Declaration of David W. Hatchett

I, David W. Hatchett, hereby declare:

1. I am the Vice President of Research at University of Nevada, Las Vegas ("UNLV"), a position I have held since 2022. As the Vice President of Research, I have oversight of all research activities, grants, contracts, clinical trials, and facilities and service of the Division of Research at UNLV. Prior to holding this position, I was Associate Vice President for Research at UNLV since 2016. I am a full professor of Chemistry and Radiochemistry.

2. As the Vice President of Research, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain certain impacts of National Institutes of Health ("NIH") Notice Number NOT-OD-25-068, *Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates,* which purports to immediately reduce indirect costs payments to 15%.

1

4. UNLV is Nevada's urban research university. UNLV has ongoing NIH funded health research in the areas including genomics, personalized medicine, brain health, and other health areas that impact our region, state, and nation. This research is supported by total of $44.8 million currently awarded by NIH in variable stages of completion.

5. UNLV has a Negotiated Indirect Cost Rate Agreement ("NICRA") with NIH, effective as of July 1, 2023. The Indirect Cost ("IDC") Rate in UNLV's NICRA is 51.0%.

6. UNLV's total blended IDC rate for NIH funding is 47.2%. The blended IDC is lower than the negotiated rate for UNLV because it includes some grants with lower IDC rates.

7. NIH's reduction of UNLV'S IDC rate will eliminate approximately $2.7 million in resources for the current funding year that UNLV uses to support its research programs The loss of these funds will immediately impact UNLV'S ability to draw critical funds used to pay expenses associated with facilities costs, payroll, and infrastructure used to support research and clinical trials.

8. UNLV's Office of Clinical Trials and the Kirk Kerkorian School of Medicine have ongoing clinical trials that are partially supported with IDC funding that would be severely diminished by the reduction of rate to 15%.

9. UNLV's ability to manage programmatic research infrastructure, payroll, and research facilities, will be severely hindered by a reduction of IDCR. The impact would result in a loss of Division of Research staff, facilities, and infrastructure needed to conduct research and compete for research funding at UNLV.

10. UNLV next anticipates to draw federal and federal pass through funds on or around February 15, 2025 for fifty-nine (59) programs supported by NIH. At that time, the reduced IDC rate will impact UNLV by reducing our ability to support active grants, employ research staff to

administer grants, and maintain facilities and core laboratories that are used to support the funded research. The reduction of indirect funds limits directed funding for laboratory maintenance, start up fees for new faculty hires, freezing research administration across departments and central office support with a direct impact on furthering research infrastructure, and the university's capacity to support research effectively.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of February, 2025, in Las Vegas, Nevada.

*David W. Hatchett*
_____

David W. Hatchett

Vice President of Research

University of Nevada, Las Vegas