# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

NATIONAL INSTITUTES OF HEALTH, et al.,

Defendants.

Civil Action No. _____

**Declaration of NAME**

I, Bharat Ramratnam, M.D., hereby declare:

1. I am the Vice President of Research, a position I have held since 2023. As Vice President of Research, I have oversight over all research operations at Lifespan Corporation, dba Brown University Health, Providence, RI ("Brown University Health"), including all governmental and private sponsored and funded research. Prior to holding this position, I was Chief Science Officer at Brown University Health.

2. As the Vice President of Research, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain certain impacts of National Institutes of Health ("NIH") Notice Number NOT-OD-25-068, *Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates,* which purports to immediately reduce indirect costs payments to 15%.

4. Brown University Health is Rhode Island's flagship academic research hospital system. As such, both independently and in collaboration with Brown University and/or other research organizations, including the University of Rhode Island and Care New England, conducts numerous patient critical research studies and initiatives. Brown University Health is a leader in advancing new approaches for the diagnosis and treatment of diseases of national importance including cancer, stroke, opiate addiction, injury, diabetes, and adolescent psychiatric disorders. Critical research insights from completed and ongoing clinical studies informs the nation's approach to cardiovascular, neurosurgical and gastrointestinal interventions designed to diagnose, treat, cure and prevent disease. Brown University Health's first-in-human program leads to the development of new treatments in all of the above areas including a broad range of cancer treatments, such as brain tumors, lung cancer, breast cancer, colorectal cancer, kidney cancer, bladder cancer, prostate cancer, leukemia and lymphoma and other solid tumor and hematologic malignancies. This research is supported by total annual NIH revenue of $75,100,000.

5. Rhode Island Hospital, The Miriam Hospital and Emma Pendleton Bradley Hospital are all part of Brown University Health and each hospital conducts leading research in the diagnosis

1

and treatments of disease. Brown University Health has a Negotiated Indirect Cost Rate Agreement ("NICRA") with NIH of 64% for Rhode Island Hospital, 49% for Miriam Hospital and 34% for Bradley Hospital. Rhode Island Hospital's NICRA is effective 10/1/23 to 9/30/26. Miriam Hospital's NICRA is effective 10/1/22 to 9/30/25. Bradley Hospital's NICRA is effective 10/1/23 to 9/30/26.

6. Brown University Health's total blended IDC rate for NIH funding is 55%.

7. Brown University Health is the major provider of first-in-human trials in cancer, offering treatment options to patients who have exhausted all other treatments available. Brown University Health has approximately 60 federal clinical trials that are actively enrolling patients as of today. The loss of indirect funds will lead to immediate workforce layoffs, which could lead to the premature closure of ongoing National Cancer Institute Alliance for Clinical Trials in Oncology among other research clinical programs. Critical support personnel in departments, such as research pharmacy that prepares and distributes experimental and standard of care medications, may lose their jobs.

8. NIH's reduction of Brown University Health's hospital rates will result in the loss of approximately $13,600,000 in funding that Brown University Health uses to support its research programs in the diagnosis and treatment of the acute and chronic diseases noted above. This loss of funding will immediately impact Brown University Health's patients' access to potentially life-saving care, as it will limit the resources needed to cover expenses related to maintaining facilities and employing individuals who support this biomedical research and the associated provision of potentially life-saving care to patients. The loss of funds will not only decrease access to essential care but will lead to job loss, especially among support personnel such as facilities workers, administrative assistants and secretaries, research pharmacy employees and IT support staff. These individuals are critical to maintain a safe environment for conducting basic and clinical research.

9. Brown University Health's next anticipates to draw funds on Feb 14, 2025. At that time, the reduced IDC rate will impact Brown University Health's ability to meet payroll, retain maintenance workers and employ other personnel who support research operations. Additionally, it will hinder the purchase of supplies for clinical trials from national and local vendors. As a result, this will lead to the premature closure of clinical trials leading to layoffs in nursing staff. **The overall impact will be greatest on patient care with potentially life-saving treatments withdrawn from individuals who have failed all other treatments, especially in cancer.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of February, 2025.

_____
Bharat Ramratnam, M.D.
Vice President of Research
Lifespan Corporation
dba Brown University Health
1 Hoppin St, Suite 1A
Providence, RI 02903