# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants.*
.

No. 1:25-cv-10338

## <u>CERTIFICATE OF ALEX HEMMER</u>

In support of my application for admission *pro hac vice* in this matter, I, Alex Hemmer, hereby certify that:

1.      I am Deputy Solicitor General in the Office of the Illinois Attorney General. I represent the State of Illinois in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

> Maryland (inactive)
> District of Columbia
> Illinois
> Supreme Court of the United States
> U.S. Court of Appeals for the First Circuit
> U.S. Court of Appeals for the Second Circuit
> U.S. Court of Appeals for the Third Circuit
> U.S. Court of Appeals for the Fourth Circuit
> U.S. Court of Appeals for the Fifth Circuit
> U.S. Court of Appeals for the Sixth Circuit
> U.S. Court of Appeals for the Seventh Circuit
> U.S. Court of Appeals for the Ninth Circuit
> U.S. Court of Appeals for the Tenth Circuit
> U.S. Court of Appeals for the Eleventh Circuit

U.S. Court of Appeals for the D.C. Circuit
U.S. District Court for the District of Columbia
U.S. District Court for the Central District of Illinois
U.S. District Court for the Northern District of Illinois
U.S. District Court for the Southern District of Illinois (government admission)

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025                    /s/ Alex Hemmer
                                     Alex Hemmer