UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10338 |

### MOTION FOR ADMISSION PRO HAC VICE OF ANGELA CAI

Pursuant to Local Rule 83.5.3, I, Chris Pappavaselio, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Angela Cai, a member of the U.S. Supreme Court, 2022; U.S. Court of Appeals for the Third Circuit, 2017; U.S. Court of Appeals for the Fifth Circuit, 2020; U.S. District Court for the Southern District of New York, 2017; U.S. District Court for the District of New Jersey, 2021; New Jersey (No. 121692014); and New York (No. 5334933), to serve as counsel for Plaintiff New Jersey in this matter.

As set forth in the accompanying certification, Angela Cai is (1) a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Angela Cai *pro hac vice* to the bar of this

Court.

February 10, 2025                           Respectfully submitted.

                                                ANDREA JOY CAMPBELL
                                                  ATTORNEY GENERAL OF MASSACHUSETTS

                                            /s/ Chris Pappavaselio
                                            Chris Pappavaselio (BBO No. 713519)
                                              *Assistant Attorney General*
                                            Office of the Attorney General
                                            One Ashburton Place, 20th Floor
                                            Boston, MA 02108
                                            (617) 963-2654
                                            chris.pappavaselio2@mass.gov

                                            *Counsel for the Commonwealth of Massachusetts*