# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants.* | No. 1:25-cv-10338 |

## <u>CERTIFICATE OF ANGELA CAI</u>

In support of my application for admission *pro hac vice* in this matter, I, Angela Cai, hereby certify that:

1.       I am the Executive Assistant Attorney General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2.       I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in U.S. Supreme Court, 2022; U.S. Court of Appeals for the Third Circuit, 2017; U.S. Court of Appeals for the Fifth Circuit, 2020; U.S. District Court for the Southern District of New York, 2017; U.S. District Court for the District of New Jersey, 2021; New Jersey (No. 121692014); and New York (No. 5334933). I was admitted to the District of Columbia Bar in 2015 and resigned in 2023 in good standing.

3.       I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.       I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

    5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025            /s/ Angela Cai
                                           Angela Cai
                                           Executive Assistant Attorney General
                                         New Jersey Office of the Attorney General
                                         25 Market Street
                                         Trenton, NJ 08625
                                         (609) 414-5954
                                         Angela.Cai@njoag.gov