UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-10338 |

## MOTION FOR ADMISSION PRO HAC VICE OF
## SPENCER W. COATES AND ELLEN RANGE

Pursuant to Local Rule 83.5.3, I, Chris Pappavaselio, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of Spencer W. Coates, and Ellen Range, members of the bar of the State of Washington, to serve as counsel for Plaintiff State of Washington in this matter.

As set forth in the accompanying certification, Spencer W. Coates and Ellen Range (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Spencer W. Coates and Ellen Range *pro hac vice* to the bar of this Court.

| | |
|---|---|
| February 10, 2025 | Respectfully submitted. |
| | ANDREA JOY CAMPBELL<br>  ATTORNEY GENERAL OF MASSACHUSETTS |
| | */s/ Chris Pappavaselio* <br>Chris Pappavaselio (BBO No. 713519)<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2654<br>chris.pappavaselio2@mass.gov |
| | *Counsel for the Commonwealth of*<br>  *Massachusetts* |

2