UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

*Defendants*.

No. 1:25-cv-10338

## CERTIFICATE OF SPENCER W. COATES

In support of my application for admission *pro hac vice* in this matter, I, Spencer W. Coates, hereby certify that:

1. I am an Assistant Attorney General in the Washington Office of the Attorney General. I represent the State of Washington in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the states of Washington and California, as well as the Western District of Washington, Eastern District of Washington, Northern District of California, and the Ninth Circuit Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025

*/s/ Spencer W. Coates*
SPENCER W. COATES, WSBA No. 49683
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov