UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-10338 |

## **CERTIFICATE OF ELLEN RANGE**

In support of my application for admission *pro hac vice* in this matter, I, Ellen Range, hereby certify that:

1. I am an Assistant Attorney General in the Office of the Washington State Attorney General. I represent the State of Washington in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Washington, Washington, D.C., and Oregon, as well as the Western District of Washington and the Ninth Circuit Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025

/s/ *Ellen Range*
ELLEN RANGE, WSBA No. 51334
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
ellen.range@atg.wa.gov