UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10338 |

## MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN ROSE

Pursuant to Local Rule 83.5.3, I, Chris Pappavaselio, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of Jonathan Rose, a member of the bar of Vermont, to serve as counsel for Plaintiff State of Vermont in this matter.

As set forth in the accompanying certification, Jonathan Rose (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Jonathan Rose *pro hac vice* to the bar of this Court.

February 10, 2025                              Respectfully submitted.

                                                      ANDREA JOY CAMPBELL
                                                        ATTORNEY GENERAL OF MASSACHUSETTS

                                                     /s/ Chris Pappavaselio
                                                     Chris Pappavaselio (BBO No. 713519)
                                                        *Assistant Attorney General*
                                                     Office of the Attorney General
                                                     One Ashburton Place, 20th Floor
                                                     Boston, MA 02108
                                                     (617) 963-2654
                                                     chris.pappavaselio2@mass.gov

                                                     *Counsel for the Commonwealth of Massachusetts*