UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*.<br>. | No. 1:25-cv-10338 |

## CERTIFICATE OF JONATHAN ROSE

In support of my application for admission *pro hac vice* in this matter, I, Jonathan Rose, hereby certify that:

1. I am the Solicitor General in the Vermont Office of the Attorney General. I represent the State of Vermont in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the U.S. Court of Appeals, 2nd Circuit; U.S. District Court, Vermont; the U.S. Supreme Court and the Vermont Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025

*/s/ Jonathan Rose*
Jonathan Rose
Solicitor General
109 State Street
Montpelier, VT 05609
802-793-1646
jonathan.rose@vermont.gov