UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-10338 |

## **CERTIFICATE OF AARON J. BIBB**

In support of my application for admission *pro hac vice* in this matter, I, Aaron J. Bibb, hereby certify that:

1. I am an assistant attorney general in the Wisconsin Office of the Attorney General. I represent the State of Wisconsin in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Wisconsin, the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Eastern and Western Districts of Wisconsin.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025

/s/ Aaron J. Bibb
Assistant Attorney General
Wisconsin Bar #1104662
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
(608) 294-2907 (Fax)
bibbaj@doj.state.wi.us

2