UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*.<br>. | No. 1:25-cv-10338 |

## CERTIFICATE OF MOLLY THOMAS-JENSEN

In support of my application for admission *pro hac vice* in this matter, I, Molly Thomas-Jensen, hereby certify that:

1. I am a Special Counsel in the New York Office of the Attorney General. I represent the State of New York in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York State, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Western District of Texas, and the Supreme Court of the United States.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

5.   I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025                               /s/ *Molly Thomas-Jensen*
                                                Molly Thomas-Jensen
                                                Special Counsel
                                                New York Office of the Attorney General
                                                28 Liberty Street
                                                New York, NY 10005
                                                212-416-8679
                                                Molly.Thomas-Jensen@ag.ny.gov