# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants*.

No. 1:25-cv-10338

## <u>CERTIFICATE OF ELIZABETH KRAMER</u>

In support of my application for admission *pro hac vice* in this matter, I, Elizabeth Kramer, hereby certify that:

1.      I am Solicitor General of the State of Minnesota, in the Minnesota Office of the Attorney General. I represent the State of Minnesota in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in United States Supreme Court; United States Court of Appeals for the Eighth Circuit; United States District Court – District of Minnesota; Minnesota Supreme Court.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025                    Respectfully submitted,

                                            KEITH ELLISON
                                            Attorney General
                                            State of Minnesota

                                            LIZ KRAMER
                                            Solicitor General
                                            Atty. Reg. No. 0325089

                                            445 Minnesota Street, Suite 600
                                            St. Paul, Minnesota 55101-2131
                                            (651) 757-1010 (Voice)
                                            (651) 282-5832 (Fax)
                                            liz.kramer@ag.state.mn.us

                                            ATTORNEY FOR STATE OF MINNESOTA