UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*.<br>. | No. 1:25-cv-10338 |

### CERTIFICATE OF CHRISTINA L. BEATTY-WALTERS

In support of my application for admission *pro hac vice* in this matter, I, Christina L. Beatty-Walters, hereby certify that:

1. I am a Senior Assistant Attorney General in the Oregon Department of Justice. I represent the State of Oregon in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Oregon state courts and the U.S. District Court for the District of Oregon.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025

**DAN RAYFIELD**
Attorney General of Oregon

By: /s Christina L. Beatty-Walters
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov
Counsel for the State of Oregon