## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10338 |

## **CERTIFICATE OF MICHAEL K. SKOLD**

In support of my application for admission *pro hac vice* in this matter, I, Michael K. Skold, hereby certify that:

1. I am the Solicitor General in the Connecticut Office of the Attorney General. I represent the State of Connecticut in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the bars of the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| February 10, 2025 | /s/ *Michael K. Skold* |
| | Michael K. Skold (ct28407) |
| | Solicitor General |
| | 165 Capitol Avenue |
| | Hartford, CT 06106 |
| | Michael.Skold@ct.gov |
| | Tel.: (860)808-5316 |
| | Fax: (860)808-5387 |