UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants*.

No. 1:25-cv-10338

## MOTION FOR ADMISSION PRO HAC VICE OF JORDAN BROADBENT

Pursuant to Local Rule 83.5.3, I, Chris Pappavaselio, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of Jordan Broadbent, a member of the bar of Rhode Island and New York to serve as counsel for Plaintiff Rhode Island in this matter.

As set forth in the accompanying certification, Jordan Broadbent (1) is a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Jordan Broadbent *pro hac vice* to the bar of this Court.

|  |  |
|---|---|
| February 10, 2025 | Respectfully submitted.<br><br>ANDREA JOY CAMPBELL<br>  ATTORNEY GENERAL OF MASSACHUSETTS<br><br> /s/ Chris Pappavaselio<br>Chris Pappavaselio (BBO No. 713519)<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2654<br>chris.pappavaselio2@mass.gov<br><br>*Counsel for the Commonwealth of*<br>  *Massachusetts* |