# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs,*

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants.*
.

No. 1:25-cv-10338

## <u>CERTIFICATE OF JORDAN BROADBENT</u>

In support of my application for admission *pro hac vice* in this matter, I, Jordan Broadbent, hereby certify that:

1.      I am a Special Assistant Attorney General in the Rhode Island Office of the Attorney General. I represent the State of Rhode Island in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Rhode Island and New York

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

February 10, 2025

/s/ Jordan Broadbent
Jordan Broadbent
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
Jbroadbent@riag.ri.gov
*Counsel for the State of Rhode Island*