AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Commonwealth of Massachusetts, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338 |
| National Institutes of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New York                                                                                                          .

Date:   02/11/2025

_____
*Attorney's signature*

Molly Thomas-Jensen, pro hac vice
*Printed name and bar number*

New York Office of Attorney General
28 Liberty Street
New York, NY 10005
*Address*

molly.thomas-jensen@ag.ny.gov
*E-mail address*

(212) 416-8679
*Telephone number*

_____
*FAX number*

Print    Save As...                                                                                                          Reset