UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants*.

No. 1:25-cv-10338

## CERTIFICATE OF JOSHUA D. BENDOR

In support of my application for admission *pro hac vice* in this matter, I, Joshua D. Bendor, hereby certify that:

1. I am the Solicitor General in the Arizona Office of the Attorney General. I represent the State of Arizona in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in all courts in the State of Arizona; the State of California, where I am on inactive status; the United States Courts of Appeals for the D.C. Circuit, First Circuit, Second Circuit, Fifth Circuit, Sixth Circuit, and Ninth Circuit; and the U.S. Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.     I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025                                      /s/ *Joshua D. Bendor*
                                                           Joshua D. Bendor, *pro hac vice*
                                                           Solicitor General
                                                           Arizona Attorney General's Office
                                                           2005 North Central Avenue
                                                           Phoenix, Arizona 85004
                                                           (602) 542-3333