AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Commonwealth of Massachusetts, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10338 |
| National Institutes of Health, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Vermont                                                                       .

Date:   02/11/2025                                          /s/ Jonathan Rose
                                                                     *Attorney's signature*

                                                              Jonathan Rose, pro hac vice
                                                              *Printed name and bar number*

                                                              Vermont Attorney General's Office
                                                              109 State Street
                                                              Montpelier, VT  05609
                                                                         *Address*

                                                              jonathan.rose@vermont.gov
                                                                      *E-mail address*

                                                              (802) 793-1646
                                                                    *Telephone number*

                                                                       *FAX number*