UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | No. 25-cv-10338 |

### MOTION FOR ADMISSION PRO HAC VICE OF SOPHIA T. TONNU

Pursuant to Local Rule 83.5.3, I, Chris Pappavaselio, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of Sophia T. TonNu, Emilio Varanini, and Daniel Ambar, members of the bar of California, to serve as counsel for Plaintiff State of California in this matter.

As set forth in the accompanying certification, Sophia T. TonNu, Emilio Varanini, and Daniel Ambar (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Sophia T. TonNu, Emilio Varanini, and Daniel Ambar *pro hac vice* to the bar of this Court.

February 11, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ Chris Pappavaselio
Chris Pappavaselio (BBO No. 713519)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2654
chris.pappavaselio2@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*

2