**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants.*
.

No. 25-cv-10338

## CERTIFICATE OF EMILIO VARANINI

In support of my application for admission *pro hac vice* in this matter, I, Emilio Varanini, hereby certify that:

1.      I am a Supervising Deputy Attorney General in the California Office of the Attorney General. I represent the State of California in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States Court of Appeals for the Third Circuit, the United States Supreme Court and the United States District Court of the District of Columbia.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court

for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

    5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.


February 10, 2025

*/s/ Emilio Varanini*
EMILIO VARANINI
Supervising Deputy Attorney General
Office of the Attorney General California
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7020
Telephone: (415) 510-3541
E-mail: Emilio.Varanini@doj.ca.gov

*Attorney for Plaintiff State of California*