UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.* <br><br> *Defendants*. <br> . | No. 25-cv-10338 |

### CERTIFICATE OF DANIEL D. AMBAR

In support of my application for admission *pro hac vice* in this matter, I, Daniel D. Ambar, hereby certify that:

1. I am a Deputy Attorney General in the California Office of the Attorney General. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025                             /s/ *Daniel D. Ambar*
                                                            DANIEL D. AMBAR
                                                            Deputy Attorney General
                                                            Office of the Attorney General California
                                                            300 S. Spring Street, Ste 1702
                                                            Los Angeles, CA 90013-1256
                                                            Tel: (213) 269-6153
                                                            Fax: (916) 731-2119
                                                            Email: daniel.ambar@doj.ca.gov

                                                            *Attorney for Plaintiff State of California*