UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*.<br>. | No. 1:25-cv-10338 |

### **CERTIFICATE OF LINUS BANGHART-LINN**

In support of my application for admission *pro hac vice* in this matter, I, Linus Banghart-Linn, hereby certify that:

1. I am an assistant attorney general in the Michigan Department of Attorney General. I represent Plaintiff Attorney General Dana Nessel on behalf of the People of the State of Michigan in the above-entitled action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State courts of Michigan, the United States District Courts for the Eastern and Western Districts of Michigan, and the Sixth Circuit United States Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

5.   I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| February 10, 2025 | /s/ Linus Banghart-Linn |
| | Linus Banghart-Linn |
| | Chief Legal Counsel |
| | Michigan Department of Attorney General |
| | 525 W. Ottawa St. |
| | Lansing, MI 48933 |
| | (517) 281-6677 |
| | Banghart-LinnL@michigan.gov |
| | *Attorney for the People of the State of Michigan* |