UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>        Defendants. | Civil Action No. 25-CV-10338-AK |

## **DEFENDANT'S STATUS REPORT**

On February 10, 2025, this Court entered an *ex parte* temporary restraining order (TRO, Doc No. 25) in the above captioned matter. The TRO provides (among other things):

- Defendants and their officers, employees, servants, agents, appointees, and successors are hereby enjoined from taking any steps to implement, apply, or enforce the Rate Change Notice (NOT-OD-25- 068) within Plaintiff States until further order is issued by this Court.

- Counsel for Defendants shall file a status report with the Court within 24 hours of the entry of this Order, and at biweekly intervals thereafter, confirming the regular disbursement and obligation of federal financial assistance funds and reporting all steps that NIH, HHS and their officers, employees, servants, agents, appointees, and successors have taken to comply with the Court's temporary restraining order.

In accordance with the TRO, Defendants respectfully submit this status report, along with the attached Declaration of Dr. Michael S. Lauer.

The Department of Justice received notice of the TRO yesterday evening and forwarded the TRO to Acting General Counsel for the Department of Health and Human

Services (HHS), along with agency contacts at HHS Office of General Counsel and the National Institutes of Health (NIH). As indicated in Dr. Lauer's attached declaration, Defendants have not yet implemented, applied, or enforced the Rate Change Notice. Dr. Lauer's declaration explains that Defendants will not implement or enforce the Rate Change Notice in the Plaintiff States pending further order of this Court. Dr. Lauer also confirms that confirms that NIH has instructed all HHS components responsible for disbursement, including the Program Support Center, which manages the disbursement of NIH grant award funding, not to implement Rate Change Notice within the Plaintiff States. As a result, the regular disbursement and obligation of federal financial assistance funds will continue in the Plaintiff States as required under the TRO, again pending further order of this Court.

        Respectfully submitted,

        BRETT A. SHUMATE
        Acting Assistant Attorney General

        LEAH B. FOLEY
        United States Attorney

        BRIAN C. LEA
        Deputy Associate Attorney General

Dated: February 11, 2025        */s/ Marc S. Sacks*
        BRIAN C. LEA
        *Deputy Associate Attorney General*
        MARC S. SACKS (GA Bar No. 621931)
        *Deputy Director*
        KEVIN P. VANLANDINGHAM
        *Assistant Director*
        THOMAS PORTS
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division

Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 11, 2025             */s/ Marc S. Sacks*
                                               Marc S. Sacks