# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civil Action No. 25-CV-10338-AK |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Thomas Ports hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

                                                    Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Acting Assistant Attorney General

                                                    LEAH B. FOLEY
                                                    United States Attorney

                                                    BRIAN C. LEA
                                                    Deputy Associate Attorney General

Dated: February 11, 2025                      /s/ *Thomas Ports*
                                                    BRIAN C. LEA (Ga. Bar No. 213529)
                                                    *Deputy Associate Attorney General*
                                                    MARCUS S. SACKS
                                                    *Deputy Director*
                                                    KEVIN P. VanLANDINGHAM
                                                    (NY Reg No. 4741799)
                                                    *Assistant Director*
                                                    THOMAS PORTS (Va. Bar No. 84321)
                                                    *Trial Attorney*
                                                    U.S. Department of Justice
                                                    Civil Division

                                            Corporate/Financial Section
                                            P.O. Box 875
                                            Ben Franklin Stations
                                            Washington D.C. 20044-0875
                                            Tel: (202) 307-1105
                                            Email: thomas.ports@usdoj.gov
                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 11, 2025　　　　　　　　　　　　　*/s/ Thomas Ports*
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas Ports