UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10338-AK |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Kevin P. VanLandingham hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

Dated: February 11, 2025

*/s/ Kevin P. VanLandingham*
BRIAN C. LEA
*Deputy Associate Attorney General*
MARCUS S. SACKS
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
THOMAS PORTS
*Trial Attorney*

U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated:  February 11, 2025 | /s/ *Kevin P. VanLandingham* <br> Kevin P. VanLandingham |