AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| COMMONWEALTH OF MASSACHUSETTS, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:25-cv-10338 |
| NATIONAL INSTITUTES OF HEALTH, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wisconsin.

Date: 02/11/2025

s/ Aaron J. Bibb
*Attorney's signature*

Aaron J. Bibb (Wis Bar #1104662)
*Printed name and bar number*

17 West Main Street
Madison, WI 53703

*Address*

bibbaj@doj.state.wi.us
*E-mail address*

(608) 266-0810
*Telephone number*

(608) 294-2907
*FAX number*

[Print]  [Save As...]  [Reset]