UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUES OF HEALTH, *et al.*,<br><br>Defendants. | Civil Action No. 25-CV-10338-AK |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Marc S. Sacks hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

                                                    Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Acting Assistant Attorney General

                                                    LEAH B. FOLEY
                                                    United States Attorney

                                                    BRIAN C. LEA
                                                    Deputy Associate Attorney General

Dated: February 11, 2025                 */s/ Marc S. Sacks*
                                                    BRIAN C. LEA
                                                    *Deputy Associate Attorney General*
                                                    MARC S. SACKS (GA Bar No. 621931)
                                                    *Deputy Director*
                                                    KEVIN P. VANLANDINGHAM
                                                    *Assistant Director*
                                                    THOMAS PORTS
                                                    *Trial Attorney*
                                                    U.S. Department of Justice

2

Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 11, 2025                */s/ Marc S. Sacks*
                                                   Marc S. Sacks