UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*

*Plaintiffs*,

v().

NATIONAL INSTITUTES OF HEALTH, *et al.*

*Defendants.*
.

No. 1:25-cv-10338

## **CERTIFICATE OF KALIKOʻONĀLANI D. FERNANDES**

In support of my application for admission *pro hac vice* in this matter, I, Kalikoʻonālani D. Fernandes, hereby certify that:

1. I am the Solicitor General of the State of Hawaii Department of the Attorney General and represent the State of Hawaii in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Hawaii, Washington D.C., United States District of Hawaii, Ninth Circuit Court of Appeals and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| February 10, 2025 | /s/ *Kalikoʻonālani D. Fernandes*<br>KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>Department of the Attorney General<br>State of Hawaii<br>425 Queen Street<br>Honolulu, Hawaii  96813<br>Telephone:  (808) 586-1360<br>E-mail:  kaliko.d.fernandes@hawaii.gov<br><br>Attorney for Plaintiff State of Hawaii |