# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10338 |

## CERTIFICATE OF DAVID D. DAY

In support of my application for admission *pro hac vice* in this matter, I, David D. Day, hereby certify that:

1. I am the Special Assistant to the Attorney General of the State of Hawaii, and represent the State of Hawaii in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Hawaii, United States District of Hawaii, Ninth Circuit Court of Appeals and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 10, 2025

/s/ *David D. Day*
DAVID D. DAY
Special Assistant to the Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1284
E-mail:  david.d.day@hawaii.gov