AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Commonwealth of Massachusetts, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10338 |
| National Insitutes of Health, et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of California.

Date: 02/11/2025

/s/ Daniel D. Ambar
*Attorney's signature*

Daniel D. Ambar, pro hac vice
*Printed name and bar number*

Office of the Attorney General of California
300 S. Spring Street, Ste 1702
Los Angeles, CA 90013-1256
*Address*

daniel.ambar@doj.ca.gov
*E-mail address*

(213) 269-6153
*Telephone number*

*FAX number*