UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTIUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10338-AK |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1(b)(4), Defendants respectfully move the Court to allow the Defendants to exceed the page limitation set by Local Rule 7.1(b)(4) by no more than twenty pages for Defendants forthcoming opposition to Plaintiffs' motion for a temporary restraining order. Defendants conferred with counsel for Plaintiffs who indicated that they do not oppose the request.

Good cause exists for this request. Plaintiffs' thirty-page memorandum in support of their motion asserts that Defendants' Rate Change Notice violates the Administrative Procedure Act in multiple respects. Defendants assert that the additional pages are necessary to fully set forth argument in opposition to Plaintiffs' motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Acting Assistant Attorney General |
|  | LEAH B. FOLEY<br>United States Attorney |
|  | BRIAN C. LEA<br>Deputy Associate Attorney General |
| Dated: February 12, 2025 | */s/ Marc S. Sacks*<br>BRIAN C. LEA (Ga. Bar No. 213529)<br>*Deputy Associate Attorney General*<br>MARC S. SACKS (Ga. Bar No. 621931)<br>*Deputy Director*<br>KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)<br>*Assistant Director*<br>THOMAS PORTS (Va. Bar No. 84321)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Corporate/Financial Section<br>P.O. Box 875<br>Ben Franklin Stations<br>Washington D.C. 20044-0875<br>Tel: (202) 307-1104<br>Email: marcus.s.sacks @usdoj.gov<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 12, 2025             */s/ Marc S. Sacks*
                                                      Marc S. Sacks