AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al )<br>*Plaintiff* )<br>v. )<br>NATIONAL INSITUTES OF HEALTH, et al. )<br>*Defendant* ) | Case No. 1:25-cv-10338 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island.

Date:   02/12/2025

/s/ Jordan Broadbent
*Attorney's signature*

Jordan Broadbent (RI Bar #10704)
*Printed name and bar number*

150 South Main Street, Providence RI 02903

*Address*

Jbroadbent@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*