UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.* <br><br> *Defendants*. <br> . | No. 1:25-cv-10338 |

## CERTIFICATE OF R. SAM HORAN

In support of my application for admission *pro hac vice* in this matter, I, R. Sam Horan, hereby certify that:

1. I am an Assistant Attorney General in the Office of the Illinois Attorney General. I represent the State of Illinois in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, Illinois, and Massachusetts (inactive).

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

February 13, 2025

/s/ R. Sam Horan
R. Sam Horan
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 405-5354
richard.horan@ilag.gov