AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Civil Action No. 25-CV-10338-AK |
| NATIONAL INSTITUTES OF HEALTH, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Maryland                         .

Date:   02/13/2025                          /s/ Adam D. Kirschner
                                                                        *Attorney's signature*

                                              Adam D. Kirschner (IL No. 6286601)
                                                                  *Printed name and bar number*

                                                      Office of the Attorney General
                                                      200 Saint Paul Place, 20th Floor
                                                      Baltimore, Maryland 21202
                                                                        *Address*

                                                      akirschner@oag.state.md.us
                                                                  *E-mail address*

                                                              (410) 576-6424
                                                                  *Telephone number*

                                                                        *FAX number*