AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338 |
| National Institutes of Health, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Oregon                                                                                                  .

Date:   02/13/2025                                                                s/ Christina L. Beatty-Walters
                                                                                            *Attorney's signature*

                                                                       Christina L. Beatty-Walters, pro hac vice
                                                                                  *Printed name and bar number*

                                                                             Oregon Department of Justice
                                                                                      100 SW Market Street
                                                                                         Portland, OR 97201
                                                                                                 *Address*

                                                                       Tina.BeattyWalters@doj.oregon.gov
                                                                                          *E-mail address*

                                                                                             (971) 673-1880
                                                                                         *Telephone number*

                                                                                             (971) 673-5000
                                                                                             *FAX number*