AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Commonwealth of Massachusetts, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10338-AK |
| National Institutes of Health, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Illinois.

Date:   02/14/2025

/s/ R. Sam Horan
*Attorney's signature*

R. Sam Horan (pro hac vice; IL No. 6348496)
*Printed name and bar number*

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*Address*

richard.horan@ilag.gov
*E-mail address*

(312) 405-5354
*Telephone number*

*FAX number*