UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, et al., <br><br> Defendants. | CASE NO: 1:25-cv-10338-AK <br><br> NOTICE OF MOTION OF the people Cody R. Hart AND Derrill J. Fussell FOR LEAVE TO FILE AN AMICI CURIAE BRIEF |

PLEASE TAKE NOTICE that upon the Certification of Cody R. Hart and Derrill J. Fussell in support of the motion for leave to file an amici curiae brief, Cody R. Hart and Derrill J. Fussell request leave to file a brief as amici curiae and request that the proposed brief that accompanies this motion be filed.

A proposed order is submitted herewith.

Dated this 12 day February, 2025        Respectfully submitted,

_____         _____
Cody R. Hart                            Derrill J. Fussell
901 Metcalf Street #71                  929 E. College Way
Sedro-Woolley, WA [98284]               Mount Vernon, WA [98273]
360-982-0928                            360-707-1815
info@codyhart.org                       squareshooter@earthlink.net