UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS, et al.,

               Plaintiffs,

v.

NATIONAL INSTITUTES OF
HEALTH, et al.,

               Defendants.

CASE NO: 1:25-cv-10338-AK

DECLARATION OF SERVICE

I, Derrill Fussell, declare as follows;

That I am over the age of 18 years and competent to provide this declaration.

I hereby certify that I caused a copy of (1) the Notice of Motion for Leave to File an Amici Curiae Brief; (2) the Certification of Amici (3) the proposed Amici Curiae Brief; and (4) a Proposed Order granting the motion, to be served to the following;

| | |
|---|---|
| Name: | U.S. District Court. [Massachusetts] Clerk's Office |
| Street Address | 1 Courthouse Way, |
| State and Zip Code | Boston, MA 02210 |

Where I understand it will be served electronically via ECF, whereupon all counsel of record were served

I declare under penalty of perjury that the foregoing is true and correct

Signed on 12 February, 2025

_____
Derrill J. Fussell
929 E. College Way
Mount Vernon, WA [98273]
360-707-1815
squareshooter@earthlink.net

DECLARATION OF SERVICE      - 1