# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10338-AK |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Brian C. Lea hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

        Respectfully submitted,

        BRETT A. SHUMATE
        Acting Assistant Attorney General

        LEAH B. FOLEY
        United States Attorney

        BRIAN C. LEA
        Deputy Associate Attorney General

Dated: February 14, 2025        */s/ Brian C. Lea*
        BRIAN C. LEA (GA Bar No. 213529)
        *Deputy Associate Attorney General*
        MARCUS S. SACKS (Ga. Bar No. 621931)
        *Deputy Director*
        KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
        *Assistant Director*
        THOMAS PORTS (Va. Bar No. 84321)
        *Trial Attorney*

U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 445-8823
Email: brian.lea@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 14, 2025                     */s/ Brian C. Lea*
                                                                     Brian C. Lea