**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-10338 |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-10340 |
| NATIONAL INSTITUTES OF HEALTH, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-10346 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **DECLARATION OF LIZA BUNDESEN**

I, Liza Bundesen, hereby declare as follows:

1.  I am the Acting Director of the Office of Extramural Research at the National Institutes of Health (NIH), an operating division of the United States Department of Health and Human Services. I have held this position since February 14, 2025. In this position, I am responsible for overseeing the NIH's grants program and ensuring that NIH grant awards comply with applicable laws, regulations, and policies. Prior to this, I served as the Deputy Director of the Office of Extramural Research since 2021, and before that a Science Policy Advisor to the Director of the Office of Extramural Research since 2014.

2.  Attached as Exhibit A is an unaltered copy of the September 27, 2024 Negotiated Indirect Cost Rate Agreement (NICRA) for the University of Connecticut. On page 5, the document contains the following term:

> If any Federal contract, grant or other agreement is reimbursing indirect costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of indirect costs allocable to these programs.

The above-quoted term is a standard term that should be included in all NICRAs.

3.  Attached as Exhibit B is an unaltered copy of the August 1, 2024 Notice of Award to the University of Connecticut, Award No. 1R01GM155651-01. On page 3

under "Standard Terms and Conditions" the document contains, in part, the following term:

> This award is based on the application submitted to, and as approved by, NIH on the above-title project and is subject to the terms and conditions incorporated either directly or by reference in the following:
>
> a. The grant program legislation and program regulation cited in this Notice of Award.
> b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
> c. 45 CFR Part 75.
> d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
> e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
> f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.
>
> (See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

The above-quoted term is a standard term that should be included in all Notices of Award.

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 14th day of February, 2025 at Washington, DC.

Liza Q. Bundesen -S
Digitally signed by Liza Q. Bundesen -S
Date: 2025.02.14 16:48:54 -05'00'

_____
Liza Bundesen, Ph.D.

Exhibit A

COLLEGES AND UNIVERSITIES RATE AGREEMENT

EIN: 060772160
ORGANIZATION:
University of Connecticut
343 Mansfield Road, Unit 2074
Storrs, CT 06269-2112

Date: 09/27/2024
FILING REF.: The preceding agreement was dated 06/16/2023

The rates approved in this agreement are for use on grants, contracts and other agreements with the Federal Government, subject to the conditions in Section III.

## SECTION I: INDIRECT COST RATES

RATE TYPES:   FIXED   FINAL   PROV. (PROVISIONAL)       PRED. (PREDETERMINED)

EFFECTIVE PERIOD

| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
|---|---|---|---|---|---|
| FINAL | 07/01/2023 | 06/30/2024 | 61.00 | On-Campus | Research |
| PRED. | 07/01/2024 | 06/30/2025 | 61.00 | On-Campus | Research |
| PRED. | 07/01/2025 | 06/30/2027 | 62.50 | On-Campus | Research |
| PRED. | 07/01/2027 | 06/30/2028 | 63.50 | On-Campus | Research |
| FINAL | 07/01/2023 | 06/30/2024 | 57.00 | On-Campus | Instruction |
| PRED. | 07/01/2024 | 06/30/2028 | 57.00 | On-Campus | Instruction |
| FINAL | 07/01/2023 | 06/30/2024 | 35.00 | On-Campus | Other Sponsored Programs |
| PRED. | 07/01/2024 | 06/30/2025 | 35.00 | On-Campus | Other Sponsored Programs |
| PRED. | 07/01/2025 | 06/30/2028 | 37.00 | On-Campus | Other Sponsored Programs |
| FINAL | 07/01/2023 | 06/30/2024 | 26.00 | Off-Campus | All Programs |
| PRED. | 07/01/2024 | 06/30/2028 | 26.00 | Off-Campus | All Programs |
| PROV. | 07/01/2028 | Until Amended | | | Use same rates and conditions as those cited for fiscal year ending June 30, 2028 |

.
.
.
.
.
.
.
.

ORGANIZATION: University of Connecticut
AGREEMENT DATE: 09/27/2024

<u>*BASE</u>

* For all awards beginning 6/30/2025 and earlier, the Base is as follows:
Modified total direct costs, consisting of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs shall exclude equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs.

* For all awards beginning 7/1/2025 and later, the Base is as follows:
Modified total direct costs, consisting of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel and up to the first $50,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs shall exclude equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs.

ORGANIZATION: University of Connecticut
AGREEMENT DATE: 09/27/2024

## SECTION I: FRINGE BENEFIT RATES**

| TYPE  | FROM     | TO            | RATE(%) | LOCATION | APPLICABLE TO |
|-------|----------|---------------|---------|----------|---------------|
| FIXED | 7/1/2024 | 6/30/2025     | 28.70   | All      | Professional/Faculty/Post Docs |
| FIXED | 7/1/2024 | 6/30/2025     | 15.40   | All      | Graduate Assistants |
| FIXED | 7/1/2024 | 6/30/2025     | 7.50    | All      | Special Payroll |
| FIXED | 7/1/2024 | 6/30/2025     | 1.90    | All      | Student Labor |
| PROV. | 7/1/2025 | Until Amended | 27.90   | All      | Professional/Faculty/Post Docs |
| PROV. | 7/1/2025 | Until Amended | 15.40   | All      | Graduate Assistants |
| PROV. | 7/1/2025 | Until Amended | 7.40    | All      | Special Payroll |
| PROV. | 7/1/2025 | Until Amended | 2.90    | All      | Student Labor |

**\*\* DESCRIPTION OF FRINGE BENEFITS RATE BASE:**

Salaries and wages.

ORGANIZATION: University of Connecticut
AGREEMENT DATE: 09/27/2024

## SECTION II: SPECIAL REMARKS

TREATMENT OF FRINGE BENEFITS:
The fringe benefits are charged using the rate(s) listed in the Fringe Benefits Section of this Agreement. The fringe benefits included in the rate(s) are listed below.

TREATMENT OF PAID ABSENCES:
Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages. Separate claims are not made for the cost of these paid absences.

(1) OFF-CAMPUS DEFINITION: The off-campus rate will apply for all activities: a) Performed in facilities not owned by the institution and where these facility costs are not included in the F&A pools; or b) Where rent is directly allocated/charged to the project(s). Grants or contracts will not be subject to more than one F&A cost rate. If more than 50% of a project is performed off-campus, the off-campus rate will apply to the entire project.

(2) The Fringe Benefit rates include the following: Pension, Unemployment Compensation, Worker's Compensation, Health Services, Group Life Insurance, Social Security, and Medical Insurance.

(3) The following is a list of the locations to which the On-Campus indirect cost rate is applicable to:
Storrs - Main Campus
Greater Hartford Campus:
Hartford Branch
School of Law
School of Social Work
Innovations Institute

Avery Point (Groton, CT) Branch, Waterbury Branch, Stamford Branch

(4) Equipment means tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost which equals or exceeds $5,000.

** Your next fringe benefit proposal based on actual costs for the fiscal year ending June 30, 2024 is due by December 31, 2024.

**Additionally, Your indirect cost proposal based on actual costs for the fiscal year ending June 30, 2027 is due by December 31, 2027.

ORGANIZATION: University of Connecticut  
AGREEMENT DATE: 09/27/2024

## SECTION III: GENERAL

A. **LIMITATIONS:**

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions: (1) Only costs incurred by the organization were included in its facilities and administrative cost pools as finally accepted: such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as facilities and administrative costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

B. **ACCOUNTING CHANGES:**

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require prior approval of the authorized representative of the cognizant agency. Such changes include, but are not limited to, changes in the charging of a particular type of cost from facilities and administrative to direct. Failure to obtain approval may result in cost disallowances.

C. **FIXED RATES:**

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

D. **USE BY OTHER FEDERAL AGENCIES:**

The rates in this Agreement were approved in accordance with the authority in Title 2 of the Code of Federal Regulations, Part 200 (2 CFR 200), and should be applied to grants, contracts and other agreements covered by 2 CFR 200, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

E. **OTHER:**

If any Federal contract, grant or other agreement is reimbursing facilities and administrative costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of facilities and administrative costs allocable to these programs.

| BY THE INSTITUTION: | ON BEHALF OF THE GOVERNMENT: |
|---|---|
| University of Connecticut | DEPARTMENT OF HEALTH AND HUMAN SERVICES |
| (INSTITUTION) | (AGENCY) |
| *Margaret McCarthy* (signature) | Darryl W. Mayes -S (Digitally signed by Darryl W. Mayes -S, Date: 2024.10.22 07:26:30 -04'00') |
| (SIGNATURE) | (SIGNATURE) |
| Margaret McCarthy | Darryl W. Mayes |
| (NAME) | (NAME) |
| AVP Financial Operations & Controller | Deputy Director, Cost Allocation Services |
| (TITLE) | (TITLE) |
| 10/25/2024 | 09/27/2024 |
| (DATE) | (DATE) |
| | HHS REPRESENTATIVE: Edwin Miranda |
| | TELEPHONE: (212) 264-2069 |

Exhibit B

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**Notice of Award**
FAIN# R01GM155651
Federal Award Date
08/01/2024

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>UNIVERSITY OF CONNECTICUT<br>438 WHITNEY RD EXTENSION UNIT 1133<br>STORRS, CT 06269 | **11.** Award Number<br>1R01GM155651-01 |
| **2. Congressional District of Recipient**<br>02 | **12.** Unique Federal Award Identification Number (FAIN)<br>R01GM155651 |
| **3. Payment System Identifier (ID)**<br>1060772160A1 | **13.** Statutory Authority<br>42 USC 241  42 CFR 52 |
| **4. Employer Identification Number (EIN)**<br>060772160 | **14.** Federal Award Project Title<br>Cytoskeletal compartmentalization of apoptotic signaling |
| **5. Data Universal Numbering System (DUNS)**<br>614209054 | **15.** Assistance Listing Number<br>93.859 |
| **6. Recipient's Unique Entity Identifier**<br>WNTPS995QBM7 | **16.** Assistance Listing Program Title<br>Biomedical Research and Research Training |
| **7. Project Director or Principal Investigator**<br>KENNETH G CAMPELLONE, PHD<br><br>kenneth.campellone@uconn.edu<br>860-486-3326 | **17.** Award Action Type<br>New Competing |
| | **18.** Is the Award R&D?<br>Yes |
| **8. Authorized Official**<br>Tracy Bourassa<br>preaward@uconn.edu<br>860-486-3622 | |

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $322,000 |
|     20 a.  Direct Cost Amount | $200,000 |
|     20 b.  Indirect Cost Amount | $122,000 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $322,000 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $322,000 |
| ------------------------------------------------------------------------------------------------------------ | |
| **26. Project Period Start Date** 08/01/2024 – **End Date** 07/31/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $322,000 |

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Lan Nguyen

NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES
nguyenla@mail.nih.gov
301 594-2583

**10. Program Official Contact Information**
Baishali  Maskeri
Scientific Review Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES
maskerib@mail.nih.gov
301-827-2864

**28.** Authorized Treatment of Program Income
Additional Costs

**29.** Grants Management Officer - Signature
Karen F. Whitaker

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.




Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**SECTION I – AWARD DATA – 1R01GM155651-01**

**Principal Investigator(s):**
KENNETH G CAMPELLONE, PHD

**Award e-mailed to:** spsawards@uconn.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $322,000 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CONNECTICUT STORRS in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of General Medical Sciences of the National Institutes of Health under Award Number R01GM155651. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Karen F. Whitaker
Grants Management Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Federal Direct Costs** | $200,000 |
| **Federal F&A Costs** | $122,000 |
| **Approved Budget** | $322,000 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $322,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $322,000 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $322,000 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $322,000 | $322,000 |
| 2 | $322,000 | $322,000 |
| 3 | $322,000 | $322,000 |
| 4 | $322,000 | $322,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**    1060772160A1
**Document Number:**              RGM155651A
**PMS Account Type:**             P (Subaccount)
**Fiscal Year:**                  2024

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| GM | 8020220 | $322,000 | $322,000 | $322,000 | $322,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: G315BM / **OC**: 41021 / **Released**:  07/23/2024
**Award Processed:** 08/01/2024 12:39:07 AM

---

SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01GM155651-01

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

SECTION III – STANDARD TERMS AND CONDITIONS – 1R01GM155651-01

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.   The grant program legislation and program regulation cited in this Notice of Award.
  b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.   45 CFR Part 75.
  d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-

research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01GM155651. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently

the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

SECTION IV – GM SPECIFIC AWARD CONDITIONS – 1R01GM155651-01

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

1.  This award is issued in accordance with the NIH fiscal policies described in NIH Guide Notice NOT-OD-24-109.

2.  This is a Modular Grant Award without direct cost categorical breakdowns issued in accordance with the guidelines published in the NIH Grants Policy Statement (April 2024) at:
(http://grants.nih.gov/grants/policy/nihgps/HTML5/section_13/13.1_general.htm). Recipients have discretion in determining how to allocate and account for costs related to modular awards within their organizational accounting system. However, institutions are still required to ensure that all costs charged to modular awards are in accordance with applicable costs principles, the NIH GPS, and any legislatively imposed restrictions.

3.  None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable.

Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

4.  As appropriate, the awardee is required to follow the sharing plan(s) for unique research resources (i.e. Data, Model Organism, Genomic Data, or other) associated with this project and may not implement any changes to the plan(s) without the written prior approval of the National Institute of General Medical Sciences.

5.  Unobligated Balances: As indicated in Section III of this Notice of Award, an unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval. In accordance with section 8.1.1.1 of the NIH GPS, NIGMS staff reserve the right to make budgetary reductions to award commitments in cases where recipients have accrued excessively large unobligated balances.

### NIGMS' OFFICIAL WEBSITE

For more information, please visit:  http://www.nigms.nih.gov

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on

data management and sharing expectations.

| Budget    | Year 1 | Year 2 | Year 3 | Year 4 |
|-----------|--------|--------|--------|--------|
| DMS Costs | $0     | $0     | $0     | $0     |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01GM155651-01

**INSTITUTION:** UNIVERSITY OF CONNECTICUT STORRS

| Budget            | Year 1   | Year 2   | Year 3   | Year 4   |
|-------------------|----------|----------|----------|----------|
| TOTAL FEDERAL DC  | $200,000 | $200,000 | $200,000 | $200,000 |
| TOTAL FEDERAL F&A | $122,000 | $122,000 | $122,000 | $122,000 |
| TOTAL COST        | $322,000 | $322,000 | $322,000 | $322,000 |

| Facilities and Administrative Costs | Year 1   | Year 2   | Year 3   | Year 4   |
|-------------------------------------|----------|----------|----------|----------|
| F&A Cost Rate 1                     | 61%      | 61%      | 61%      | 61%      |
| F&A Cost Base 1                     | $200,000 | $200,000 | $200,000 | $200,000 |
| F&A Costs 1                         | $122,000 | $122,000 | $122,000 | $122,000 |