UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS, *et al.*

Plaintiffs,

v.                                             No. 1:25-cv-10338

NATIONAL INSTITUTES OF HEALTH,
*et al.*

Defendants.

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1.      I am over the age of eighteen and am not a party to this litigation.

2.      I received summonses directed to defendants National Institutes of Health, Matthew Memoli, M.D., M.S., U.S. Department of Health and Human Services, and Dorothy Fink.

3.      On February 12, 2025, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), Emergency Motion for Temporary Restraining Order (Dkt. No. 4), Katherine Dirks Declaration in Support of that motion (Dkt. No. 6 and attachments), and Memorandum in Support of that motion (Dkt. No. 12) by certified mail to the defendants as follows:

| Summons Directed To: | Summons, Complaint, and PI Papers Mailed To: |
|---|---|
| National Institutes of Health Matthew Memoli, M.D., M.S. | U.S. Department of Health and Human Services, Office of the General Counsel, National Institutes of Health Branch, Public Health Division 9000 Rockville Pike, Bldg. 31, Room 2B-50 Bethesda, MD 20892 |
| U.S. Dept. of Health and Human Servs. Dorothy Fink | U.S. Department of Health and Human Services, Office of the General Counsel, 200 Independence Ave. SW Washington, D.C. 20201 |

| United States of America | Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| --- | --- |

I declare under penalty of perjury that the foregoing is true and correct.

_2/13/25_

Date

Signature

_Joseph Banes_

Printed Name

2