UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10338 |

### DECLARATION OF IN-PERSON SERVICE ON THE UNITED STATES ATTORNEY'S OFFICE

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I received summonses directed to defendants National Institutes of Health, Matthew Memoli, M.D., M.S., U.S. Department of Health and Human Services, and Dorothy Fink.

3. On February 12, 2025, I hand-delivered a copy of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), Emergency Motion for Temporary Restraining Order (Dkt. No. 4), Katherine Dirks Declaration in Support of that motion (Dkt. No. 6 and attachments), and Memorandum in Support of that motion (Dkt. No. 12) to the Office of the United States Attorney for the District of Massachusetts at One Courthouse Way, Suite 9200, Boston, MA 02210.

4. The foregoing documents were left with an individual authorized to accept service of process on behalf of the United States Attorney's Office.

2

I declare under penalty of perjury that the foregoing is true and correct.

_2/13/25_____
Date

_[signature]_____
Signature

_Aneta Mehisy_____
Printed Name