AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338 |
| National Insitutes of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of California                                                                                                          .

Date:    02/18/2025

/s/ Sophia T. TonNu
*Attorney's signature*

Sophia T. TonNu, pro hac vice
*Printed name and bar number*

Office of the Attorney General of California
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7020

*Address*

sophia.tonnu@doj.ca.gov
*E-mail address*

(415) 510-3529
*Telephone number*

*FAX number*

Print    Save As...    Reset