UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN, STATE OF ILLINOIS, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF COLORADO, STATE OF DELAWARE, STATE OF HAWAI'I, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br>        Plaintiffs, <br><br>                v. <br><br> NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services, <br><br>        Defendants. | Case No. 1:25-cv-10338 |

**SUPPLEMENTAL DECLARATION OF KATHERINE DIRKS**

I, Katherine Dirks, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1

1. I am Deputy Chief of the Government Bureau in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in further support of Plaintiff States' Motion for a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of the following documents and factual declarations (continuing the sequence of exhibits filed with the first Dirks Declaration (Doc No. 6)), as follows:

5. Attached hereto as Exhibit 44 is the April 2024 NIH Grants Policy Statement, available at https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

6. Attached hereto as Exhibit 45 is the Indirect Cost Policy of the Bill & Melinda Gates Foundation, available at https://docs.gatesfoundation.org/documents/indirect_cost_policy.pdf.

7. Attached hereto as Exhibit 46 is the Indirect Cost Rate Policy of the Robert Wood Johnson Foundation, available at https://www.rwjf.org/content/granteeresources/legal-and-policy/Indirect_Cost_Rate.html.

8. Attached hereto as Exhibit 47 is the Mission and History of the Smith Richardson Foundation, available at https://www.srf.org/our-mission-history/.

9. Attached hereto as Exhibit 48 is the Carnegie Corporation of New York's Approach to grantmaking, available at https://www.carnegie.org/programs/.

10. Attached hereto as Exhibit 49 is a Notice titled "Fostering Equitable Grantmaking through Indirect Cost Coverage" of the David and Lucile Packard Foundation, available at https://www.packard.org/insights/perspective/fostering-equitable-grantmaking-through-indirect-cost-coverage/.

11. Attached hereto as Exhibit 50 is the declaration of Vassilis L. Syrmos, Vice President for Research and Innovation at the University of Hawai'i.

12. Attached hereto as Exhibit 51 is the declaration of Dr. Penny Gordon-Larsen, Vice Chancellor for Research at the University of North Carolina at Chapel Hill.

13. Attached hereto as Exhibit 52 is the declaration of Sally Morton, Executive Vice President of the Arizona State University Knowledge Enterprise.

14. Attached hereto as Exhibit 53 is the declaration of Jason Wilder, Vice President for Research at Northern Arizona University.

15. Attached hereto as Exhibit 54 is the declaration of Tomas Diaz de la Rubia, Senior Vice President for Research and Innovation at the University of Arizona.

Dated:      February 18, 2025
            Boston, MA

                                            /s/ Katherine Dirks
                                            Katherine Dirks
                                            Deputy Chief, Government Bureau
                                            Office of the Attorney General, Massachusetts

## CERTIFICATE OF SERVICE

      Counsel for Plaintiffs in the above captioned case certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have certified all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                                      /s/ Katherine B. Dirks
                                      Katherine B. Dirks, BBO# 673674

Dated: February 18, 2025