# EXHIBIT 48

# Our Approach

OVERVIEW

Carnegie Corporation of New York works to promote democracy, education, and peace across the globe, advancing knowledge and understanding in these areas of central importance. A grantmaking foundation established by Andrew Carnegie in 1911, the Corporation supports innovative projects, organizations, and individuals that are striving to create meaningful change. Explore our program areas to learn more about our strategies and how we approach our work.

## Education

Our grantmaking aims to help young people from all backgrounds move from the classroom to meaningful careers, create greater socioeconomic mobility, and encourage civic participation in communities nationwide. In this way, our Education program works to support the forces of cohesion that build trust in public institutions, reduce political polarization, and strengthen our democracy.

## **Democracy**

Carnegie Corporation of New York's Democracy program supports civic integration of immigrants. The program also supports the protection of voting rights and promotes voter participation of all citizens. We work to foster a fair, diverse, and vibrant democracy that welcomes and offers opportunities to all.

## **International Peace and Security**

To build a more secure, peaceful, and prosperous world through independent analysis and action addressing critical global challenges.

## Higher Education and Research in Africa

To strengthen Africa's higher education sector by improving the training, retention, and research productivity of academics in select countries in sub-Saharan Africa.