AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10338-AK |
| National Institutes of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona                                                                 .

Date:   02/19/2025                               /s/ Joshua D. Bendor
                                                       *Attorney's signature*

                                          Joshua D. Bendor, pro hac vice
                                          *Printed name and bar number*

                                          Arizona Attorney General's Office
                                          2005 North Central Avenue
                                          Phoenix, Arizona 85004
                                                       *Address*

                                          Joshua.Bendor@azag.gov; ACL@azag.gov
                                                       *E-mail address*

                                          (602) 542-3333
                                                       *Telephone number*

                                                       *FAX number*