AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of Massachusetts, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338-AK |
| National Institute of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF WASHINGTON                                                                                                .

Date:    02/20/2025                                              /s/ Ellen Range
                                                                *Attorney's signature*

                                                          ELLEN RANGE, Pro Hac Admission
                                                           *Printed name and bar number*
                                                          800 Fifth Avenue, Suite 2000
                                                          P.O. Box TB-14
                                                          Seattle, WA 9814-3188
                                                                    *Address*

                                                          ellen.range@atg.wa.gov
                                                                *E-mail address*

                                                          (206) 264-7744
                                                              *Telephone number*

                                                                *FAX number*

Print     Save As...                                                                   Reset