AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| State of Massachusetts, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10338-AK |
| National Institute of Health, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF WASHINGTON                                                            .

Date:    02/20/2025

/s/ Spencer W. Coates
*Attorney's signature*

SPENCER W. COATES, Pro Hac Admission
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 9814-3188

*Address*

spencer.coates@atg.wa.gov
*E-mail address*

(206) 264-7744
*Telephone number*

*FAX number*

**Print**        **Save As...**                                    **Reset**