UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10338 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff Commonwealth of Massachusetts.

February 21, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Allyson Slater*
Allyson Slater (BBO No. 704545)
  *Deputy Director, Reproductive Justice Unit*
 Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
Tel.: (617) 727-2200
Fax: (617) 727-3251
allyson.slater@mass.gov

*Counsel for the Commonwealth of Massachusetts*