AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10338-AK |
| National Institute of Health, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Hawaii                                                                                                    .

Date:   03/07/2025

/s/ David D. Day
*Attorney's signature*

David D. Day, (HI 9427) Pro Hac Vice
*Printed name and bar number*
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813

*Address*

david.d.day@hawaii.gov
*E-mail address*

(808) 586-1284
*Telephone number*


*FAX number*

Print   Save As...   Reset