**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al*. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-10338 |
| NATIONAL INSTITUTES OF HEALTH, *et al*., | ) ) ) | |
| Defendants. | ) ) ) | |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al*. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-10340 |
| NATIONAL INSTITUTES OF HEALTH, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:25-cv-10346 |
| v. | ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*., | ) ) ) ) | |
| Defendants. | ) ) | |

1

## **[PROPOSED] ORDER STAYING ALL DEADLINES**

Pending before the Court is the Defendants' Assented-to Motion to Stay All Deadlines. After reviewing the motion, and for good cause shown, the Court is of the opinion that the motion should be **GRANTED**.

For reasons stated in the Defendants' Assented-to Motion to Stay All Deadlines, it is hereby **ORDERED** that all deadlines in all captioned cases are stayed until this Court rules on the Defendants' Assented-to Motion to Convert and to Enter Final Judgment.

It is **SO ORDERED**.


Signed this _____ of _____, 2025.


_____
HON. ANGEL KELLEY
UNITED STATES DISTRICT JUDGE