**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al*.<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al*.,<br><br>      Defendants. | Case No. 1:25-cv-10338 |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al*.<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>      Defendants. | Case No. 1:25-cv-10340 |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*.<br><br>      Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>      Defendants. | Case No. 1:25-cv-10346 |

1

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants National Institutes of Health, Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health,[1] the U.S. Department of Health and Human Services, and Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services,[2] hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment and Permanent Injunction entered in these cases on April 4, 2025,[3] as well as from all interlocutory orders merged into that judgment, including the court's preliminary injunction of March 5, 2025.[4]

Dated: April 8, 2025

    Respectfully submitted,

    LEAH B. FOLEY
    United States Attorney

    BRIAN C. LEA
    Deputy Associate Attorney General

    /s/ *Thomas W. Ports, Jr.*
    MARC S. SACKS (Ga. Bar No. 621931)
    *Deputy Director*
    KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
    *Assistant Director*
    THOMAS PORTS (Va. Bar No. 84321)
    *Trial Attorney*
    U.S. Department of Justice

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director Matthew Memoli's successor, Director Bhattacharya, is automatically substituted as a party.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Dorothy Fink's successor, Secretary Kennedy, is automatically substituted as a party.

[3] No. 1:25-cv-10338 (Doc. No. 112); No. 1:25-cv-10340 (Doc. No. 56); and No. 1:25-cv-10346 (Doc. No. 100).

[4] No. 1:25-cv-10338 (Doc. No. 105); No. 1:25-cv-10340 (Doc. No. 51); and No. 1:25-cv-10346 (Doc. No. 95).

                                        Civil Division, Commercial Litigation Branch
                                        P.O. Box 875
                                        Ben Franklin Station
                                        Washington D.C. 20044-0875
                                        Tel: (202) 307-1134
                                        Email: thomas.ports@usdoj.gov
                                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 8, 2025                              */s/ Thomas W. Ports, Jr.*
                                                                Thomas W. Ports, Jr.