# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Commonwealth of Massachusetts, et al v. National Institutes of Health, et al

District Court Number: 25cv10338-AK

Fee: Paid? Yes ____ No ____  Government filer  X   *In Forma Pauperis* Yes ____ No ____

Motions Pending       Yes ____ No  X       Sealed documents      Yes ____ No  X
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents  Yes ____ No  X       Transcripts           Yes  X  No ____
*If yes, document #* _____          *If yes, document #*       99

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent  X   Other: ____

Appeal from:

#105 Memorandum and Order, #112 Final Judgment and Permanent Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#105, #112, and #113

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __113__ filed on __April 8, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 8, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**