# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10338-AK |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2, Brian C. Lea of the United States Department of Justice is withdrawing his appearance as counsel for Defendants in this matter.  Defendants will continue to be represented by the other Department of Justice attorneys who have entered appearances.

Dated: January 8, 2026          Respectfully submitted:

                                         BRETT A. SHUMATE
                                         Acting Assistant Attorney General

                                         LEAH B. FOLEY
                                         United States Attorney

By:  /s/ Brian Charles Lea
       Brian Charles Lea
       Ga. Bar No. 213529
       Deputy Associate Attorney General
       U.S. Department of Justice
       Office of the Associate Attorney General
       Main Justice Bldg.
       960 Pennsylvania Avenue, NW
       Washington, D.C. 20530
       (202) 445-8823
       Brian.Lea@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: January 8, 2026                                 /s/ Brian Charles Lea
                                                           Brian Charles Lea
                                                           Deputy Associate Attorney General